```
 1                 UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF NEW YORK
 2                                    .
     In re:                           .    Brooklyn, New York
 3                                    .
     COTTONWOOD VENDING, LLC          .    May 9, 2024
 4               Debtor               .
                                      .    1-23-43027
 5                                    .    1-23-01093-ap
                                      .    1-24-01034-ap
 6                                    .    1-24-01037-ap
                                      .
 7   . . . . . . . . . . . . . . .    .    Calendar Time 2:30 P.M.

 8                          1-23-43027
                       COTTONWOOD VENDING LLC
 9
     [84] NOTICE OF HEARING ON [82] OBJECTION TO [71] MOTION FOR 2004
10   EXAMINATION NOTICE OF PRESENTMENT AND APPLICATION IN SUPPORT FOR
     AN ORDER AUTHORIZING EXAMINATION AND PRODUCTION OF DOCUMENTS OF A
11   RESPONSIBLE PARTY OF DIGITALOCEAN LLC PURSUANT TO BANKRUPTCY RULE
     2004. OBJECTIONS TO BE FILED ON 02/27/2024 AT 4:00 P.M.. HEARING
12   ON OBJECTIONS, IF ANY, WILL BE HELD ON: APRIL 3, 2024 AT 11:00
     A.M.. FILED BY RICHARD J. MCCORD ON BEHALF OF RICHARD J. MCCORD.
13   ORDER TO BE PRESENTED FOR SIGNATURE ON 3/5/2024. (ATTACHMENTS: #
     1 APPLICATION IN SUPPORT # 2 EXHIBIT A # 3 EXHIBIT B # 4 PROPOSED
14        ORDER # 5 AFFIDAVIT OF SERVICE) (MCCORD, RICHARD)

15                          1-23-01093-AP
                 SHERMAN V. COTTONWOOD VENDING LLC ET AL
16
        ADJ PRE-TRIAL CONFERENCE RE: [1] NOTICE OF REMOVAL RE: ADAM
17   SHERMAN VS COTTONWOOD VENDING LLC, ANIELLO ZAMPELLA, AND COINDADO
       LLC BY COTTONWOOD VENDING, LLC. FEE AMOUNT $350. NATURE(S) OF
18   SUIT: (02 (OTHER (E.G. OTHER ACTIONS THAT WOULD HAVE BEEN BROUGHT
      IN STATE COURT IF UNRELATED TO BANKRUPTCY))). ADJ [6] MOTION FOR
19    REMAND/ABSTENTION AND RELIEF FROM THE AUTOMATIC STAY. FILED BY
               JENNIFER AMY ROSSAN ON BEHALF OF ADAM SHERMAN.
20
                            1-24-01034-AP
21                     PENNER V. ZAMPELLA ET AL

22    PRE-TRIAL CONFERENCE RE: [1] NOTICE OF REMOVAL RE: JASON PENNER
     INDIVIDUALLY AND DERIVATIVELY ON BEHALF OF COTTONWOOD VENDING LLC
23   VS ANIELLO ZAMPELLA, COINDADO LLC, AND COTTONWOOD VENDING LLC BY
      ANIELLO ZAMPELLA. FEE AMOUNT $350. NATURE(S) OF SUIT: (02 (OTHER
24    (E.G. OTHER ACTIONS THAT WOULD HAVE BEEN BROUGHT IN STATE COURT
                   IF UNRELATED TO BANKRUPTCY))).
25
```

```
1                        1-24-01037-AP
    SECURE CARD MANAGEMENT LLC V. COTTONWOOD VENDING LLC ET AL
2
     PRE-TRIAL CONFERENCE RE: [1] NOTICE OF REMOVAL RE: SECURE CARD
3    MANAGEMENT LLC V COTTONWOOD VENDING LLC AND ANIELLO ZAMPELLA ON
    BEHALF OF COTTONWOOD VENDING LLC AND ANIELLO ZAMPELLA. FEE AMOUNT
4      $350. NATURE(S) OF SUIT: (02 (OTHER (E.G. OTHER ACTIONS THAT
          WOULD HAVE BEEN BROUGHT IN STATE COURT IF UNRELATED TO
5                             BANKRUPTCY))).

6                 BEFORE HONORABLE NANCY H. LORD

7   Attorney for Chapter 7        ROBERT NOSEK
    Trustee, Richard J. McCord:    Certilman Balin Adler & Hyman,LLP
8                                  90 Merrick Ave 9th floor
                                   East Meadow, NY 11554
9
    Attorneys for Creditor,        BRADLEY NASH
10  Jason Penner:                  Hoguet Newman Regal & Kenney, LLP
                                   One Grand Central Place
11                                 60 East 42nd Street, 48th Floor
                                   New York, NY 10165
12
                                   SHERYL P. GIUGLIANO
13                                 Ruskin Moscou Faltischek, P.C.
                                   1425 Rexcorp Plaza
14                                 Glenn Curtiss Boulevard
                                   Uniondale, NY 11556
15
    Attorney for Creditor,         GERARD R. LUCKMAN
16  Aniello Zampella:              Forchelli Deegan Terrana LLP
                                   333 Earle Ovington Blvd. # 1010
17                                 Uniondale, NY 11553

18  Attorney for Creditor,         EDWARD ELKIN
    Secure Card:                   Law Offices of Edward Elkin
19
    Attorney for Creditor,         ALEXANDER BANZHAF
20  Robert Taylor:                 Tuttle Yick LLP
                                   352 7th Avenue, 14th Floor
21                                 New York, NY 10001

22  Attorney for Non-Party         ELI RICHLIN
    Digital Ocean:                 Wilson Sonsini Goodrich & Rosati
23                                 1301 Avenue of the Americas
                                   40th Floor
24                                 New York, NY 10019-6022

25
```

```
1   Attorney for Plaintiff,        JENNIFER AMY ROSSAN
    Adam Sherman:                  Sadis & Goldberg LLP
2                                  551 5th Avenue, 21st Floor
                                   New York, NY 10176
3
    Court Transcriber:             CATHERINE ALDRICH
4                                  E-Scribe
                                   2376 Cleveland Street
5                                  Bellmore, New York 11710

6   Proceedings recorded by electronic sound recording.
    Transcript produced by transcription service.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1      ROBERT NOSEK:  Good afternoon your Honor. Robert

2  Nosek, Certilman Balin Adler & Hyman for Richard J. McCord the

3  Chapter 7 Trustee in the Cottonwood main case and on behalf of

4  Cottonwood named as a defendant in 24-1037, 24-1034 and 23-

5  1093.

6      BRADLEY NASH: Good afternoon your Honor. Bradley Nash

7  of Hoguet Newman Regal & Kenney representing Jason Penner in

8  his adversary proceeding.

9      JENNIFER ROSSAN: Good afternoon your Honor. Jennifer

10  Rossan, Sadis & Goldberg representing creditor Adam Sherman,

11  plaintiff actually, in adversary proceeding 23-01093.

12      (CROSSTALK)

13      GERARD LUCKMAN: Good afternoon your Honor. Gerard

14  Luckman, Forchelli Deegan Terrana, counsel to Aniello Zampella

15  and also Ievgeniia Vatrenko, litigation counsel to Aniello

16  Zampella.

17      EDWARD ELKIN: Good afternoon your Honor. Edward Elkin

18  on behalf of the creditor Secure Card, and in the adversary

19  proceeding, the plaintiff Secure Card.

20      ALEXANDER BANZHAF: Good afternoon your Honor.

21  Alexander Banzhaf from Tuttle Yick on behalf of creditor,

22  Robert Taylor.

23      (CROSSTALK)

24      ELI RICHLIN: Good afternoon your Honor. This is Eli

25  Richlin of Wilson Sonsini Goodrich & Rosati for non-party

1    Digital Ocean in the main case.

2              (CROSSTALK)

3              THE COURT: Hold on, hold on, hold on. Whoever

4    represents Robert Taylor, what is your name again?

5              ALEXANDER BANZHAF: Alex Banzhaf from Tuttle Yick.

6              THE COURT: Okay. And after Alex Banzhaf for Robert

7    Taylor, what was the next one please?

8              (CROSSTALK)

9              SHERYL GIUGLIANO: Sheryl Giugliano at Ruskin Moscou

10   Faltischek co-counsel for Jason Penner in the main case and

11   also in the adversary proceeding 24-01034.

12             THE COURT: Thank you. Do I have somebody else trying

13   to make an appearance? There was somebody else who was speaking

14   at the same time as Ms. Giugliano. Hello?

15             ROBERT NOSEK: Your Honor, Robert Nosek. I believe

16   that might have been Mr. Richlin who I believe you had asked

17   who was appearing after you had asked for Mr. Taylor's counsel.

18             THE COURT: Okay, so I need it again Mr. Richlin.

19             ELI RICHLIN: Alright, sure. Thank you, and thank you

20   for speaking up. I wasn't sure who that- okay, Eli Richlin, R I

21   C H L I N of Wilson Sonsini Goodrich & Rosati for non-party

22   Digital Ocean, LLC in the main case.

23             FEMALE VOICE: Judge, I just want to make sure that

24   everyone that gave an appearance today signed up for E-Court

25   Appearances because I'm- either you signed in on time or- I

1  just want to make sure I don't miss anybody. So just in case

2  anyone hasn't signed in, please do so. Thank you.

3  　　　　THE COURT: Hang on a minute.

4  　　　　FEMALE VOICE: Judge?

5  　　　　THE COURT: Yeah I'm here. I'm looking at something.

6  　　　　FEMALE VOICE: Okay and I just wanted to say- I just

7  want to make sure that everybody that gave an appearance today

8  has signed in to E-Court Appearances. Thank you.

9  　　　　THE COURT: I'm sorry. I had a thought and then I lost

10  it. My question is, who is the party who filed a claim whose

11  case is pending in the Southern District? Mr. Nosek. Mr. Nosek,

12  tell me who that is.

13  　　　　ROBERT NOSEK: Good afternoon, Robert Nosek for the

14  Trustee. I believe that is Mr. Taylor represented by Alex

15  Banzhaf. And one correction your Honor, it is no longer pending

16  in the Southern District. It was remanded.

17  　　　　THE COURT: In state court.

18  　　　　ROBERT NOSEK: Correct.

19  　　　　THE COURT: Okay. But you have a proof of claim filed

20  correct?

21  　　　　ROBERT NOSEK: Yes your Honor.

22  　　　　THE COURT: Okay. Yeah so I wanted you here- and we'll

23  talk about all the individuals but I wanted you here today

24  because I had raised the prospect of sending everyone to

25  mediation and I can do that as long as I've got, you know, as

long as I've got a basis to do that and your proof of claim is a basis to do that. As to the others, I have their- I currently have their actions before me. And I'm not in this grouping talking about the last adversary with respect to Secure Card because that's a totally different situation. So I'm not talking about grouping that one and we talked about the fact that if I did this there would be some people that would not be happy and I understand that if I did this, there would be one mediator and they can do this is a separate mediation or they could- it would be an effort of coordinating in some form to get a global settlement or one big mediation. I indicated that I don't micromanage mediators and again before I determine whether I'm going to remand anything or- I would ask everybody to give that a shot. Before you comment, let me now just go through and bring everybody up to date on anything new that has been filed. So on Sherman versus Cottonwood we have the pre-trial and a removed action. Adam Sherman filed a complaint both individually and derivatively on behalf of debtor's principal, Aniello Zampella. His other entity, Coindado LLC and the debtor as the nominal party began monetary damages against defendant Aniello Zampella for breach of contract and for judgment that he is a 9.9% owner. Cottonwood monetary damages derivatively on behalf of Cottonwood against defendant for conversion of associated assets, monetary damages derivatively on behalf of Cottonwood against defendant, Aniello Zampella for Bitcoin,

monetary damages derivatively on behalf of Cottonwood of
misappropriation, monetary damages derivatively on behalf of
Cottonwood for breach of fiduciary duty against defendant,
Aniello Zampella, monetary damages derivatively on behalf of
Cottonwood for unjust enrichment against defendant, and
monetary damages individually for unjust enrichment against
defendant, common law dissolution of Cottonwood, statutory
dissolution of Cottonwood, compulsory buyout of the 9.9%
interest in Cottonwood. And that is technically stayed as to
the debtor and it is with respect to that stay that we sought
the motion to remand which is the next item on the calendar.
Since the last time, Mr. Sherman's counsel filed a supplement
connecting an order of Judge Liman of the Southern District of
New York in the matter of Taylor versus Zampella denying
Zampella's motion to vacate the order remanding the action to
state court. That action only has an unjust enrichment claim
against the debtor which is stayed. There are no derivative
claims on behalf of the debtor. It is noted the claims against
the debtor were stayed. And I'm not sure how that decision
influences my determination on the motion to remand. And again,
I had hoped that Mr. Taylor's counsel would be here today. The-
I'm going to have a status on Taylor's claim. That didn't make
the calendar, I know. I'm actually going to put that on as a
separate status matter on the calendar but I'm glad to hear on
any of that. So, Mr. Taylor filed claim five against the debtor

1  in an unknown amount and that is Taylor individually and

2  derivatively on behalf of Guthrie Management against debtor

3  Zampella, against the debtor, against Zampella against Chad

4  Russo, against Pierre Basmaji for breach of contract and again

5  that was remanded and that action is against the debtor. We

6  just talked about the Sherman case. With respect to Jason

7  Penner, we don't have a proof of claim yet.  The date is May

8  24th at this time. That was a removed action. Penner

9  individually and on behalf of the debtor against Zampella,

10  Coindado and the debtor and the motion for remand that was

11  filed. And then Secure Card Management, I don't have a proof of

12  claim. That's an advisory proceeding of removed action and

13  pending- debtor Zampella- it's a breach of contract. But is it,

14  I guess, am I correct in thinking that it is different from all

15  the others Mr. Nosek?

16      ROBERT NOSEK:  Your Honor. Robert Nosek for the

17  Trustee. My reading of the complaint there would be some

18  substantial differentiation. It does seem that it is just -

19  there appears to be a written contract and that there are

20  violations alleged on both sides, but it's- while there is an

21  allegation that they are entitled to a certain amount of

22  profits or you know some sort of an allegation that maybe they

23  are, it's a joint venture, it's not to the level that I would

24  say that either certainly Mr. Sherman or Mr. Penner is arguing

25  and to a lesser extent Mr. Taylor.

1          THE COURT:  But, okay, but, so-

2          ROBERT NOSEK:  Yes.

3          THE COURT:  So, I-

4          EDWARD ELKIN:  This is Eddie Elkin, I am the attorney

5    for Secure Card.

6          THE COURT:  Yeah.

7          ROBERT NOSEK: I'm sorry Your Honor.

8          THE COURT: I'd like to include them in the mediation

9    Mr. Nosek without creating too much havoc.

10          EDWARD ELKIN: Right, yeah, I mean the only issue with

11    that is that- well I'm all for trying to resolve all this

12    instead of letting it drag out as long as it possibly can, but

13    we went through initial mediation when we had the- were in

14    State Court and we had a whole day of mediation, but whether it

15    would be different or not, hopefully it would be. I mean I'm

16    not- I am not, you know, I'm not totally opposed to trying to

17    do something, but I just know that we did make a good faith

18    effort, both sides did actually and we clearly couldn't come up

19    with anything.

20          ROBERT NOSEK: Your Honor, Robert Nosek.

21          EDWARD ELKIN: But that was a long time ago, that was-

22    that was about five years ago actually.

23          THE COURT: And Ms. Rossan made that point quite

24    strongly last time so- in her case I heard about it, about the

25    globally attempting to a settlement and that was at the

1 Appellate-

2       EDWARD ELKIN:  But I'm not, I'm not, yeah.  Yeah.

3       THE COURT: Alright Mr. Nosek-

4       FEMALE VOICE:  Judge, I just need everybody to state

5 their name before they speak please.  Thank you.

6       THE COURT: Mr. Nosek, what were you going to say?

7       ROBERT NOSEK: Robert Nosek for the Trustee.  You

8 know, based on this colloquy and then also what I reviewed, if

9 we are going to be going to mediation, I would probably say

10 that we would put in the Secure Card one in part because with

11 debtor, which we represent, you know we represent the estate

12 now actually has an affirmative counterclaim for breach of

13 contract and so that might speed up that particular process in

14 that litigation and it might not- and again, you know, we were

15 not involved in the prior litigation, so maybe a fresh set of

16 eyes. I think it would be, you know, if it is a single

17 mediator, it certainly, I would want to have that one probably

18 siloed off because it does seem like the facts on that one are

19 substantially different than the other ones involving what Mr.

20 Zampella did or didn't say for instance but-

21       JENNIFER ROSSAN: Your Honor, this is Jennifer Rossan

22 for Adam Sherman. Just to clarify, the Secure Card mediation

23 had nothing to do with the mediation that Sherman did in the

24 Appellate Division. I mean, I didn't even know about Secure

25 Card. It's a completely separate case. It's pending in a

different court.  I guess according to Mr. Elkin they had a day

long mediation that was unsuccessful in Secure Card. We also,

we Sherman, had a separate mediation and that was unsuccessful.

That has nothing to do with Secure Card. And we also had- we

also tried to resolve the case with Zampella's and Cottonwood's

first set of lawyers. I mean they're on the fourth now, but

with the first that- we tried to settle it ourselves, which was

also unsuccessful because Zampella took a no-pay position in

both, in both the mediation and in, you know, our settlement

discussions and if Zampella has a no-pay position, there is no

point in going to mediation because Cottonwood is, you know,

bankruptcy and I don't know what Coindado has, but Zampella is

really the person with any money.

THE COURT: Mr. Luckman, I'm not going to ask you if

you have a no-pay position. Were you the one who represented

Zampella the Appellate Division mediation?

GERARD LUCKMAN: No Your Honor. I was not- we were not

counsel of record and I don't believe Ms. Vatrenko was

counseled on record at that time either. You know, we wouldn't

have recommended mediation if we didn't think that it would be

a way to move this along. So I, you know, what others have

done- I mean circumstances have changed here. We have a

trustee, we have a Cottonwood that is a Chapter VII debtor. A

lot of circumstances have changed, so people can't count on old

positions or old issues. So I heard the mediation and I think

1  that's the best way to economically resolve the issues that are

2  facing everyone. Whether it's- whatever it is, yeah.

3        (CROSSTALK)

4        THE COURT: Don't interrupt each other. Wait for each

5  other to be finished speaking and then say your name. You don't

6  have to say who you represent, that's something- we have that

7  or maybe in this case it would make sense to say who you

8  represent to make sure we have it clearly. Don't interrupt each

9  other. Go ahead.

10        BRADLEY NASH: Yes, thank you Your Honor. This is

11  Bradley Nash, counsel for Jason Penner. I understand the

12  instinct to try to resolve things in mediation, but I echo the

13  concerns that Mr. Sherman's counsel raised given the history

14  here of attempted mediations that went nowhere. We also,

15  although we didn't have a mediation, we tried to engage in

16  settlement discussions even before our action was commenced in

17  State Court and really got no significant response or really

18  any response to those overtures and we are very concerned given

19  all the time that has passed that this is really just a delay

20  tactic that isn't going to go anywhere. If the case is going to

21  go through mediation-

22        THE COURT: You can take my- you can take my word for

23  it, I'm not doing it as a delay factor.

24        BRADLEY NASH: Oh, I- you certainly are not, of

25  course. No, I certainly don't think Your Honor would do that,

1  obviously not. But on the other hand, for mediation to be

2  successful, all the parties have to participate in good faith

3  and we believe very strongly that the only way that mediation

4  is going to progress meaningfully is if there are deadlines set

5  in the case and the mediation proceeds in parallel with

6  discovery. So what we would ask we are here on an essentially

7  initial conference in my case that we have- if it is going to

8  be sent to mediation that there also be a schedule for

9  discovery to proceed.

10          THE COURT: It's different- it's different now that

11  there is a bankruptcy. I am not going to do that. So, I believe

12  that if people are spending money on discovery, I believe that

13  reduces their incentive to get to a settlement because spending

14  the- the idea of a settlement is rather than pay the lawyers,

15  it can for something towards a settlement. Plus I have got a

16  Trustee in this case now involved in many of the matters and

17  who has no money in the estate yet. And what I said last time

18  is, is that that I would take all the parties and divide the

19  cost of the mediation by all of them, not including the

20  trustee. But once the trustee has assets in the estate,

21  assuming the trustee gets assets in the estate then the trustee

22  would pay- would- the divisor would be another person, whatever

23  that mathematical word is, and we would then have the trustee-

24  the estate pay a part of it, but I can't have the trustee

25  paying before. So this is- this is- this becomes a different

thing and I just don't understand how proceeding in all these different courts- again, we don't have- we don't have Taylor and it doesn't- it seems to be that proceeding in different adversary proceedings, we have the potential for conflicting situations. It just doesn't make any sense to me and it makes all the sense in the world as far as I can see. I am not talking about doing this for months and months. I am talking about seeing if- to get an experienced mediator here, if we could, you know, get every, you know, get everybody to figure this out because I am assuming that while you say it's- I'm just going to guess with this, that while you all say that Zampella is the one with the money, so I- would it be fair to say that Zampella's assets may not exceed what all of you are seeking? I don't know. Maybe they are, maybe they don't. But it seems to me that- and again Mr.- so we have a trustee now, it's a different situation. Mr. Luckman is somebody who appears all the time in my court and I have never seen a reluctance by him not to settle a case if it could be settled. And so this is- I think we are dealing with a different situation here. Whether or not counsel for Mr. Taylor who is really the only one whose litigation I don't currently have would- would- to the debtor in that case whether or not we would want to speak to the State Court Judge. You have- you have other- you have other defendants. There are Russo and Basmaji. So I don't have jurisdiction over them, correct Mr. Nosek?

1    ROBERT NOSEK:  Robert Nosek for the trustee. Mr.

2  Basmaji I believe filed the proof of claim, but I don't– I

3  haven't looked at it, so I don't know if that gives a nexus

4  between what he filed as against Cottonwood and what Mr. Taylor

5  is alleging against him in their action.

6    THE COURT: Okay. I mean they could come in

7  voluntarily and who is Chad Russo?

8    (CROSSTALK)

9    FEMALE VOICE: Judge?

10    ALEXANDER BANZHAF: Your Honor this is Alex Banzhaf.

11    THE COURT: Yes? Wait. Stop, stop, stop.

12    FEMALE VOICE: I just wanted to say that the proof of

13  claim by Mr. Basmaji says that the basis of the claim is an

14  indemnification agreement between himself and the debtor

15  effective November 27, 2016.

16    THE COURT: Okay, got it. So that would be part and

17  parcel of the whole situation, it seems to me if it's

18  indemnification. And who wanted to tell me about Chad Russo?

19    ALEXANDER BANZHAF: Your Honor, Alex Banzhaf for

20  Robert Taylor. Chad Russo is another defendant that was not

21  served and is not participating in the case for that reason.

22    THE COURT: Oh, okay. Alright. And what about Basmaji?

23    ALEXANDER BANZHAF: Mr. Basmaji is proceeding pro se

24  in the State Court litigation. I'm not familiar with what his

25  proof of claim has to do with respect to my client's case. It

1   may be a separate obligation that he is seeking to impose upon

2   the debtor. I just don't know what he is bringing up.

3          THE COURT: Okay, alright. And again, counsel for Mr.

4   Taylor, you could decide- as I said in mediation you can decide

5   if you want to advise the State Court- what stage is that

6   action at by the way?

7          MALE VOICE: We were basically-

8          THE COURT: Say your name. Say your same.

9          ALEXANDER BANZHAF: Alex Banzhaf. Alex Banzhaf for

10   Robert Taylor. We were scheduling depositions when former

11   counsel for the defendants in my case withdrew, and shortly

12   thereafter the matter was moved to the District Court.

13          THE COURT: Okay, so it's early.

14          ALEXANDER BANZHAF: Well we have been through a lot of

15   written discovery, but however you want to frame that, that's

16   where we are.

17          THE COURT: Alright, okay. Again you could- I can't-

18   you can decide what you're going to do there, but I can

19   certainly have you come in and have mediation here. So I had

20   asked last time if folks wanted to think about some mediators.

21   I took a look at the list. I didn't just look at the Eastern

22   District list, I also looked at the Southern District list.

23   There is actually only one of the names that I came up with

24   that's only on the Southern District list, I believe. But- and

25   again, I have got- I came up with a list. Actually I had five

1  names, but I took one off. So I came up with a list of four

2  names to throw out to you if you don't have any names for me.

3  Do you have- does anybody have a name for me today that you all

4  might agree on?

5       (CROSSTALK)

6       MALE VOICE: I don't know. I don't think the parties

7  have discussed mediation- mediator candidates, but I would

8  venture to guess that everyone on this, well at least the

9  bankruptcy attorneys on this call, are all aware of who is in

10  the mediation pool and probably has- and I know that we

11  actually have an understanding and respect for a lot of the

12  candidates that are on the panel and we probably could reach an

13  agreement on someone. Also curious to see who Your Honor may

14  have picked.

15       THE COURT: I- I took four names. What I tried to do

16  is stay away from attorneys who represent trustees or are

17  trustees.

18       MALE VOICE: I think that was probably a good choice.

19       THE COURT: Only because you know trustees, you know,

20  sometimes have a lot of sympathy for other trustees. But I

21  don't blame them. I would want the trustee. Okay, so here are

22  the names that I came up with. I have- I haven't reached out to

23  anybody. Take them down. And again, if you all come up with

24  somebody else, that's fine. I just sort of took a look to see

25  who is- who has a lot of experience who might be good choices.

1  So- and if I am wrong and some of these do represent trustees
2  you can decide. Again, I don't know- it might be far enough
3  removed because I don't see them frequently in that role.
4  Alright, first- and these are in no particular order. We just
5  had a very successful mediation done by somebody who did it pro
6  bono. That would not be the case here. This is going to be a
7  paid mediation. So one name I have is Eric Haber. Write that
8  name down. You can then go on to look at their bios. Eric
9  Haber, Tom Slome, S L O M E, Tom Slome. Mark Silvershuck, he is
10 only on the Southern District but he might be a good choice,
11 Mark Silvershuck and Ira Herman. Those are the names I came up
12 with who I thought were the most steps removed from any
13 trustees or attorneys for trustees or did attorney for trustee
14 work. And if you- again, if you all could come up with another
15 name, that would be fine.
16        GERARD LUCKMAN: Your Honor, Gerard Luckman. I have
17 also had successful mediations with Sean Southard. I think he
18 is on the Southern and Eastern.
19        THE COURT: What's the name? what's the name?
20        GERARD LUCKMAN: Sean Southard. Sean Southard.
21        THE COURT: I don't know him. Okay.
22        GERARD LUCKMAN: Okay, yeah, he is at Klestadt
23 Winters.
24        THE COURT: Well, I wouldn't- Klestadt Winters does a
25 lot of trustee work.

1          GERARD LUCKMAN: Okay.

2          JENNIFER ROSSAN: Your Honor, this is Jennifer Rossan

3   for Adam Sherman. If we are talking about mediation and it

4   sounds like you are ordering us to go, I have two requests.

5   Number one is that if we do it on some kind of expedite basis

6   or fashion, our case is trial ready and nothing has happened in

7   it, even though all depositions, discovery everything is

8   closed, we are about to file a notice- a note of issue and

9   nothing has happened for nine months since we were, you know,

10  involuntarily removed to bankruptcy court. And I would also ask

11  that Mr. Zampella pay for the mediation. My client doesn't have

12  the money to pay for it. I can't speak for Mr. Penner or

13  anybody else who is participating, but Mr. Zampella is the one

14  in essence who removed all of these cases. We are all now in

15  bankruptcy court getting ordered to go to mediation after-

16          THE COURT: Is your client paying you?

17          JENNIFER ROSSAN: I don't- I don't think I really have

18  to answer that.

19          THE COURT: Well, okay. If this is all going to be

20  divided, we have so many people here, I don't think it is going

21  amount to that much money. And certainly it is going to cost

22  less than them paying you to try this case before me or in

23  State Court. So, I probably would- probably well spent. I know

24  litigators likes to litigate and I don't send every case to

25  mediation in the first incidence. I don't do that. I think this

1  is a case that should go to mediation. So you can be unhappy

2  about it, but yes I am sending you to mediation. What I am not

3  doing is directing- I don't want to choose your mediator.

4  That's why I gave you a list of four and the only reason I-

5  again, I rejected Klestadt is I believe that they do- again,

6  that they do some trustee work, so.

7       JENNIFER ROSSAN: Okay.

8       THE COURT: I don't- I don't have anything against

9  trustees or trustee work, I just don't want anyone to think

10  that because of Mr. Nosek or Mr. McCord that there is any bias

11  towards them in the case. So I was just trying to steer clear of

12  that, not that there would be. I think we have wonderful trustees

13  and wonderful attorneys to trustees. So- but it just seems to me-

14  so I gave you these names, Ira Herman, Eric Haber, Tom Slome,

15  Mark Silvershuck, any of those or anybody you come up with. I

16  am going to give you a short adjournment. You all can have a

17  Zoom after you have looked at the list and you also don't have

18  to choose somebody from the list. I some- I mean, just the ones

19  who are on the list are vetted. I know that they have got

20  experience doing mediation. And again, so I did suggest that.

21  There was another name on there, also I think only in the

22  Southern District. Hang on just a minute while I find it. Well

23  you guys- you gentleman can look and ladies can look. I did

24  have another one but I don't know why I didn't write it down.

25  There must have been a reason. Harvey Griffith. Harvey Griffith

1    is also on the list of somebody who has got a lot of bankruptcy

2    experience. Again, some of these folks may be less expensive

3    than others. I don't know that. That's something I also don't

4    know. I don't get involved in that. So, I will require- I will

5    require a retainer that everyone will have to, you know, give a

6    piece of except for the trustee who will then have to put it in

7    later if there is an estate. And so that's- that's something.

8    It may be Mr. Luckman- here is what I am thinking Mr. Luckman.

9    Your client is in a lot of these, correct?

10            GERARD LUCKMAN: That's correct Your Honor.

11            THE COURT: Maybe it should not be divided equally.

12   Maybe we should not do that. Maybe we should have you taking

13   two pieces of it and then to the extent that there is an

14   estate, we will figure out whether or not any of that gets

15   reimbursed from the trustee estate. It seems to me that you

16   should take a bigger piece of this and maybe that's two- two

17   quadrants. I am saying quadrants because it's four. I am trying

18   to think of how many people I have got here. I have to figure

19   this out. I have got- I have got- so I have got Taylor, I have

20   got Penner, I have got-

21            JENNIFER ROSSAN: Your favorite, Sherman.

22            (LAUGHTER)

23            JENNIFER ROSSAN: Ha-ha, just kidding.

24            THE COURT: Sherman, Taylor, Penner, the debtor, and

25   Zampella.  Do I have more than that?

1    JENNIFER ROSSAN: In terms of parties? This is

2  Jennifer Rossan for Adam Sherman. There is also- well in our

3  adversart proceeding Coindado is also a defendant.

4    THE COURT: Okay. And who has been representing

5  Coindado?

6    JENNIFER ROSSAN: I don't know.

7    (CROSSTALK)

8    THE COURT: Who do you represent?

9    FEMALE VOICE: Coindado in addition to Aniello

10  Zampella.

11    THE COURT: Oh, okay. So Coindado is separate. Okay

12  good, okay. So Taylor, Penner, Sherman, Coindado, Zampella.

13    FEMALE VOICE: Judge, should you include Secure Card

14  Management?

15    THE COURT: And Secure Card Management. One, two,

16  three, four, five, six. So that's in seven and I think that-

17    ALEXANDER BANZHAF: Your Honor. Alex Banzhaf. There is

18  also Mr. Basmaji in my case in State Court.

19    THE COURT: Yeah, but you said he is pro se, right?

20    ALEXANDER BANZHAF: He is and he also filed a proof of

21  claim.

22    THE COURT: Okay, alright. Alright I will send them.

23  Well I need to have them before me. Again I don't know if he

24  has any wherewithal to pay any money. He is not paying a lawyer

25  so it's going to be a little bit different. But here is the

1 concept. Okay you can reach out. The concept is that we divide

2 all this by all these numbers, but that Zampella takes the

3 debtor's piece. So that would be one less- so that's how we

4 will divide it. Everyone takes a seventh, and Zampella, Mr.

5 Luckman and your co-counsel you take two-sevenths. So you

6 follow? That's what I'm thinking. And it's not going to be that

7 much money with so many people, although there will be a lot of

8 time involved to do this globally. I am going to give a short

9 adjournment and then you're going to come back and give me a

10 name. And if you don't want the cost of sitting through another

11 hearing, then come up with a name, let Ms. Howard know, and

12 I'll just do a mediation order. I do an order. The stip has to

13 go out to be signed by everybody. It's the rules of the road.

14 Obviously it orders everybody- requires everybody to act in

15 good faith, to have their clients, to have settlement

16 authority, all that stuff. And as I said, there'll be a

17 retainer because we're not going to- we have had too many times

18 wher mediators have been burned and us judges have had to chase

19 folks and it's the least pleasant thing to do. Okay. Next week-

20 oh, next week- oh, we start on WebEx. Oh, that's another reason

21 you don't want to try this case.  We're going to WebEx.

22         JENNIFER ROSSAN:  Well- Your Honor, this is Jennifer

23 Rossan for Adam Sherman.

24         THE COURT:  Yeah.

25         JENNIFER ROSSAN:  Wait, I'm hearing an echo. Is

1 somebody on speaker or something? Okay. Along those lines, we

2 do have a pending motion for-

3     THE COURT:  I am suspending proceedings pending a

4 resolution of mediation.

5     JENNIFER ROSSAN:  Okay. Well, okay. I was going to

6 ask you for a trial date, but if you're- so you'll decide my

7 pending motion after the mediation? Is that what you're- am I

8 understanding correctly?

9     THE COURT:  I'm- you're assuming I would have to

10 decide your pending- you're assuming- I would have to decide

11 your motion after mediation because you're assuming it won't

12 mediate to a conclusion.

13     JENNIFER ROSSAN:  Well- Jennifer Rossan for Adam

14 Sherman. Only based on my past two experiences trying to

15 resolve my matter. But assuming arguendo, mediation is not

16 successful, my motion- you'll decide my motion?

17     THE COURT:  Could be.

18     JENNIFER ROSSAN:  Okay. Well in the alternative, can

19 I have a- if we have a trial date, that would, of course, make

20 mediation more likely to be successful because something would

21 really be at stake for Mr. Zampella.

22     THE COURT:  I don't have a trial date for you today.

23     JENNIFER ROSSAN:  Okay.

24     THE COURT:  Okay? Okay. Alright, but you can come

25 back next week, the 16th. I need a time Ms. Howard. And you can

1   tell me whom you've all chosen and you should all come to an

2   agreement. And if you need another week, you can come back the

3   following week, on the 23rd. You can tell me which is a better

4   day- date to come back.

5           JENNIFER ROSSAN:  The 16th is better.

6           THE COURT:  Ms. Howard?

7           MS. HOWARD:  Yes, Judge. Let's do 11:45 on the 16th.

8           THE COURT:  May 16th at 11:45. Okay. And again, I

9   would suggest- strongly suggest you all get on a Zoom or a

10   WebEx or whatever you folks are using, after you talk to your

11   clients, look up these bios, choose any of these or anybody

12   else you can all agree on.

13           MALE VOICE:  Thank you, Your Honor.

14           THE COURT:  Again, I tried to stay away from the big

15   firms because I assume the big firms we're talking about, you

16   know, bigger fees, so. But I don't know what these folks

17   charge. You may want to look into that, okay. And then when you

18   come up with- actually, you probably should come up with two.

19   And I say that because they then have to do a conflict check

20   and very often I come up with one, and I, you know, I drop a

21   dime and say do a conflict check and there's a problem.  So,

22   you might want to come up with two for backup. Okay, everybody,

23   thank you.

24           ROBERT NOSEK:  Your Honor, Robert Nosek for the

25   Trustee.  There's actually one other matter on your calendar in

1  the main case.

2        THE COURT:  Oh, yeah. Sorry about that.

3        ROBERT NOSEK:  And I thank Mr. Richlin for his

4  patience in listening to all of us on our other matter.

5        THE COURT:  Sorry about that.  I should have done it

6  first. One second. Okay. It got stuck in the middle. Okay.

7  Okay. This is a contested motion by the Trustee seeking a rule

8  2004 discovery from Digital Ocean LLC. The motion was

9  originally scheduled for presentment and then a digital

10 objection filed in objection through the Trustee's motion. I

11 don't know- the objection was only served by ECS. Folks, you

12 need to- when you file something, even if a person is part of

13 the ECS and therefore is consenting to service, that way it's

14 not full service, you need to print the receipt and then send

15 the receipt and the papers via email. The Trustee is seeking an

16 order authorizing a responsible person/party of Digital Ocean

17 LLC, obviously somebody with information, to appear to produce

18 documents and be examined at a deposition pursuant to rule 2004

19 and authorize the service of the subpoena by overnight mail to

20 Digital Ocean and service of process agent at least 14 days

21 prior to the examination date. Debtor schedule AB lists the

22 cause of action to be commenced against Digital Ocean to

23 recover 91.5344951 of Bitcoin stolen from the debtor, which was

24 valued at $5.7 million at the time of the loss. Debtor's

25 principal, Mr. Zampella testified at the 341 meeting about the

hacking incident with Digital Ocean that occurred in October
2021. The Trustee would like to conduct an examination and
request documentation from Digital Ocean to fully investigate
the financial affairs of the debtor. Next to the motion is
Exhibit D, documentation sought by the Trustee.  Digital
objection states and notes that it and the Trustee are engaging
in good faith negotiations to consensually resolve this
objection. Well that's good to hear. And this objection is
filed to preserve any and all rights to Digital Ocean with
respect to the application. The application does not allege
that Digital Ocean perpetrated the step and the request to
discovery is improper under rule 2004 of the federal rules of
civil procedure. There, I don't agree with you. It is very
broad, 2004, and if this is listed as a potential asset, 2004
allows the Trustee to go on a fishing expedition in order to
determine the full scope of assets and liabilities and the
financial condition of the debtor. And you say, although
discovery under the rule can be brought in appropriate
circumstances, the Trustee lacks sufficient grounds for the
discovery. So hearing you say that the Trustee has not and
cannot satisfy its burden to establish a good cause exists to
overcome the objection, I don't- that doesn't tell me anything,
or establish that the request would result in targeted
discovery that is not overboard or unduly burdensome, that also
doesn't tell me anything, to seek a broad array of information

of documents covering a time period that substantially predates

and postdates the alleged hacking incident. Additionally, I

request to review emails, reports, and correspondence regarding

the alleged incident, which may include privileged attorney

client or attorney work.  Well, the way you deal with that is,

of course, if you produce a, you know, a client- and a log, a

privileged log or an attorney work product log, production is

also to occur in a compressed period of time. So that is no

basis for denying a rule 2004. But we can talk about- the

requests are broad in that they request "any and all documents

and communications relating to a litany of topics that would

encompass a substantial number of documents and

communications." For example, the application requests among

other things, copies of an old document relating to the hacking

incident that occurred at Digital that involved the debtor and

its wallet.  Well, I don't think that's too broad, including

but not limited to emails, reports, and correspondence. I don't

think that's too broad. Again, and then you can figure out the

confidentiality stuff. I actually don't think it's too broad.

ROBERT NOSEK:  Your honor, Robert Nosek.

THE COURT: Go ahead.

ROBERT NOSEK: I'm sorry, I didn't want to interrupt

you, you were on a roll.  I'm actually happy to report your

Honor that, and follow up to the very first statement that you

made the first sentence of the Digital Ocean's objection, it is

1  no longer a contested matter. We have worked it out as far as

2  the language on-

3      THE COURT:  Why didn't you- you worked out the 2004

4  or you settled the case?

5      ROBERT NOSEK:  No, no. I wish I settled the case.

6  No, we worked out the 2004 order your Honor. We've actually,

7  Mr. Richlin and I have actually had a very good working

8  relationship since he's come into the case. We've had several

9  conversations and extensive emails going back and forth to

10 really, you know, button down on what the Trustee is really

11 looking for. And so we we've revised the exhibit A and added a

12 couple of small provisions to the order and we've actually

13 uploaded that and we are jointly submitting.

14     THE COURT:  In the future, I would ask you to-

15     ROBERT NOSEK: Tell you upfront?

16     THE COURT: Yeah. Well no, let us know before the

17 hearing. A lot of work depends on that.

18     ROBERT NOSEK: Oh you mean you-

19     THE COURT: I could have read for another ten minutes.

20     ROBERT NOSEK:  Your Honor, my apologies to you and

21 chambers. We actually only finalized the order a couple of

22 hours ago this morning. We apologize.

23     THE COURT:  Alright, okay, alright. So that's- I am

24 going to mark this settled and you are going to upload the

25 order.

1          ROBERT NOSEK:  It's already uploaded.

2          THE COURT:  Alright. So I will still see you next

3   week, and thank you.

4          ROBERT NOSEK:  Thank you, your Honor.

5          THE COURT:  Thanks everybody.

6

7                    *           *           *

8                        **CERTIFICATION**

9   I, Catherine Aldrich, certify that the foregoing is a correct

10  transcript from the electronic sound recordings of the

11  proceedings in the above-entitled matter.

12

13  *Catherine Aldrich*

14  _____   May 13, 2024

15       Catherine Aldrich

16

17

18

19

20

21

22

23

24

25

## A

**AB** - 27:21
**About** - 6:23, 7:4, 7:6, 9:6, 10:22, 10:24, 11:24, 15:7, 15:8, 16:18, 16:22, 17:20, 20:3, 20:8, 21:2, 26:15, 27:2, 27:5, 27:25, 29:9
**Above** - 31:11
**According** - 12:1
**Act** - 24:14
**Action** - 7:17, 8:15, 8:16, 9:5, 9:8, 9:12, 13:16, 16:5, 17:6, 27:22
**ACTIONS** - 1:33, 1:44, 2:7, 7:3
**Actually** - 4:11, 8:23, 10:18, 10:22, 11:12, 17:23, 17:25, 18:11, 26:18, 26:25, 29:19, 29:23, 30:6, 30:7, 30:12, 30:21
**ADAM** - 1:30, 1:36, 3:2, 4:10, 7:17, 11:22, 20:3, 23:2, 24:23, 25:13
**Added** - 30:11
**Addition** - 23:9
**Additionally** - 29:2
**ADJ** - 1:30, 1:34
**Adjournment** - 21:16, 24:9
**Adler** - 2:12, 4:2
**Adversart** - 23:3
**Adversary** - 4:8, 4:11, 4:18, 5:11, 7:4, 15:4
**Advise** - 17:5
**Advisory** - 9:12
**Affairs** - 28:4
**AFFIDAVIT** - 1:26
**Affirmative** - 11:12
**After** - 5:6, 5:17, 20:15, 21:17, 25:7, 25:11, 26:10
**Afternoon** - 4:1, 4:6, 4:9, 4:13, 4:17, 4:20, 4:24, 6:13
**Again** - 5:4, 5:18, 7:12, 8:20, 9:4, 11:14, 15:2, 15:15, 17:3, 17:17, 17:25, 18:23, 19:2, 19:14, 21:5, 21:20, 22:2, 23:23, 26:8, 26:14, 29:18
**Against** - 7:20, 7:23, 7:25, 8:3, 8:5, 8:6, 8:17, 8:18, 8:25, 9:2, 9:3, 9:4, 9:5, 9:9, 16:4, 16:5, 21:8,

27:22
**Agent** - 27:20
**Ago** - 10:21, 10:22, 30:22
**Agree** - 18:4, 26:12, 28:13
**Agreement** - 16:14, 18:13, 26:2
**Ahead** - 13:9, 29:21
**AL** - 1:28, 1:39, 2:2
**ALDRICH** - 3:5, 31:9, 31:15
**Alex** - 5:5, 5:6, 6:14, 16:10, 16:19, 17:9, 23:17
**ALEXANDER** - 2:35, 4:20, 4:21, 5:5, 16:10, 16:19, 16:23, 17:9, 17:14, 23:17, 23:20
**All** - 6:23, 9:14, 10:11, 13:19, 14:2, 14:18, 14:19, 15:1, 15:6, 15:11, 15:13, 15:16, 18:3, 18:9, 18:23, 19:14, 20:7, 20:14, 20:19, 21:16, 24:2, 24:16, 26:1, 26:9, 26:12, 27:4, 28:9, 29:10
**Allegation** - 9:21, 9:22
**Allege** - 28:10
**Alleged** - 9:20, 29:2, 29:4
**Alleging** - 16:5
**Allows** - 28:15
**Along** - 12:21, 25:1
**Already** - 31:1
**Alright** - 5:19, 11:3, 16:22, 17:3, 17:17, 19:4, 23:22, 25:24, 30:23, 31:2
**Also** - 4:15, 5:11, 11:8, 12:2, 12:4, 12:5, 12:8, 13:14, 14:8, 17:22, 18:13, 19:17, 20:10, 21:17, 21:21, 22:1, 22:3, 23:2, 23:3, 23:18, 23:20, 28:24, 29:8
**Alternative** - 25:18
**Although** - 13:15, 24:7, 28:17
**Am** - 9:14, 10:4, 10:16, 14:11, 15:6, 15:7, 15:10, 19:1, 21:2, 21:16, 22:8, 22:17, 24:8, 25:3, 25:7, 30:23
**Americas** - 2:41
**Among** - 29:13
**AMOUNT** - 1:32, 1:43, 2:6, 9:1, 9:21, 20:21
**AMY** - 1:36, 3:1

**AN** - 1:19, 5:13, 5:24, 6:7, 7:10, 8:13, 8:16, 9:1, 9:12, 9:20, 9:22, 11:12, 14:6, 15:8, 16:13, 18:11, 18:12, 22:7, 22:13, 24:12, 24:25, 26:1, 27:15, 28:2, 29:7, 29:14
**ANIELLO** - 1:31, 1:42, 1:43, 2:5, 2:6, 2:29, 4:14, 4:15, 7:19, 7:21, 7:25, 8:4, 23:9
**Another** - 14:22, 16:20, 19:14, 21:21, 21:24, 24:10, 24:20, 26:2, 30:19
**Answer** - 20:18
**ANY** - 1:22, 8:25, 12:13, 13:18, 15:5, 18:2, 19:12, 21:10, 21:15, 22:14, 23:24, 26:11, 28:9, 29:10
**Anybody** - 6:1, 18:3, 18:23, 20:13, 21:15, 26:11
**Anyone** - 6:2, 21:9
**Anything** - 7:13, 7:15, 10:19, 21:8, 28:22, 28:25
**Anywhere** - 13:20
**Ap** - 1:9, 1:10, 1:11, 1:27, 1:38, 2:2
**Apologies** - 30:20
**Apologize** - 30:22
**Appear** - 27:17
**Appearance** - 5:13, 5:24, 6:7
**Appearances** - 5:25, 6:8
**Appearing** - 5:17
**Appears** - 9:19, 15:16
**Appellate** - 11:1, 11:24, 12:16
**APPLICATION** - 1:18, 1:25, 28:10, 29:13
**Appropriate** - 28:18
**APRIL** - 1:22
**Are** - 8:17, 9:19, 9:21, 9:23, 11:9, 11:18, 13:1, 13:18, 13:24, 14:4, 14:6, 14:12, 15:13, 15:14, 15:19, 15:24, 17:16, 18:9, 18:12, 18:16, 18:21, 19:4, 19:11, 20:3, 20:4, 20:8, 20:14, 21:19, 26:10, 28:6, 29:10, 30:13, 30:24
**Arguendo** - 25:15
**Arguing** - 9:24
**Array** - 28:25
**As** - 4:4, 5:14, 6:25, 7:1,

7:2, 7:20, 8:9, 8:23, 10:12, 13:23, 15:6, 16:4, 17:4, 24:16, 28:14, 30:1
**Asis** - 7:2
**Ask** - 7:13, 12:14, 14:6, 20:10, 25:6, 30:14
**Asked** - 5:16, 5:17, 17:20
**Asset** - 2:24
**Assets** - 7:24, 14:20, 14:21, 15:13, 28:16
**Associated** - 7:24
**Assume** - 26:15
**Assuming** - 14:21, 15:10, 25:9, 25:10, 25:11, 25:15
**AT** - 1:21, 1:22, 5:9, 5:14, 6:5, 9:8, 10:25, 12:19, 16:3, 17:6, 17:21, 17:22, 18:8, 19:8, 19:22, 21:17, 25:21, 26:8, 27:18, 27:20, 27:24, 27:25, 29:15
**ATTACHMENTS** - 1:24
**Attempted** - 13:14
**Attempting** - 10:25
**Attorney** - 2:11, 2:28, 2:32, 2:35, 2:39, 3:1, 10:4, 19:13, 29:4, 29:5, 29:7
**Attorneys** - 2:16, 18:9, 18:16, 19:13, 21:13
**Authority** - 24:16
**Authorize** - 27:19
**AUTHORIZING** - 1:19, 27:16
**AUTOMATIC** - 1:35
**Ave** - 2:13
**Avenue** - 2:37, 2:41, 3:3
**Aware** - 18:9
**Away** - 18:16, 26:14

## B

**Back** - 24:9, 25:25, 26:2, 26:4, 30:9
**Backup** - 26:22
**Balin** - 2:12, 4:2
**BANKRUPTCY** - 1:1, 1:20, 1:34, 1:45, 2:9, 12:12, 14:11, 18:9, 20:10, 20:15, 22:1
**BANZHAF** - 2:35, 4:20, 4:21, 5:5, 5:6, 6:15, 16:10, 16:19, 16:23, 17:9, 17:14, 23:17, 23:20
**Based** - 11:8, 25:14
**Basically** - 17:7
**Basis** - 7:1, 16:13, 20:5,

29:9

**Basmaji** - 9:4, 15:24, 16:2, 16:13, 16:22, 16:23, 23:18

**BE** - 1:21, 1:22, 1:24, 7:7, 7:8, 7:10, 8:21, 9:17, 9:19, 10:15, 11:9, 11:16, 12:20, 13:5, 14:1, 14:8, 14:22, 15:3, 15:12, 15:18, 16:16, 17:1, 18:25, 19:2, 19:6, 19:10, 19:15, 20:19, 21:1, 21:12, 22:2, 22:8, 22:11, 23:25, 24:3, 24:6, 24:7, 24:13, 24:16, 25:17, 25:20, 25:21, 27:18, 27:22, 28:18

**Because** - 5:25, 6:24, 7:5, 11:10, 11:18, 12:8, 12:11, 14:13, 15:10, 18:19, 19:3, 21:10, 22:17, 24:17, 25:11, 25:20, 26:15, 26:19

**Becomes** - 14:25

**BEEN** - 1:33, 1:44, 2:8, 5:16, 7:16, 17:14, 21:25, 23:4, 24:18

**BEFORE** - 2:10, 7:3, 7:12, 7:14, 11:5, 13:16, 14:25, 20:22, 23:23, 30:16

**Began** - 7:20

**BEHALF** - 1:23, 1:36, 1:41, 2:6, 4:3, 4:18, 4:21, 7:18, 7:23, 7:24, 8:1, 8:2, 8:4, 8:18, 9:2, 9:9

**Believe** - 5:15, 5:16, 6:14, 12:18, 14:3, 14:11, 14:12, 16:2, 17:24, 21:5

**Bellmore** - 3:8

**Best** - 13:1

**Better** - 26:3, 26:5

**Between** - 16:4, 16:14

**Bias** - 21:10

**Big** - 7:11, 26:14, 26:15

**Bigger** - 22:16, 26:16

**Bios** - 19:8, 26:11

**Bit** - 23:25

**Bitcoin** - 7:25, 27:23

**Blame** - 18:21

**Blvd** - 2:30

**Bono** - 19:6

**Both** - 7:17, 9:20, 10:18, 12:9

**Boulevard** - 2:25

**BRADLEY** - 2:16, 4:6, 13:10, 13:11, 13:24

**Breach** - 7:21, 8:3, 9:4, 9:13, 11:12

**Bring** - 7:15

**Bringing** - 17:2

**Broad** - 28:14, 28:25, 29:10, 29:16, 29:18, 29:19

**Brooklyn** - 1:4

**BROUGHT** - 1:33, 1:44, 2:8, 28:18

**Burden** - 28:21

**Burdensome** - 28:24

**Burned** - 24:18

**But** - 6:19, 6:23, 8:24, 9:13, 9:20, 10:1, 10:12, 10:14, 10:17, 10:21, 11:2, 11:20, 12:6, 12:12, 13:12, 14:1, 14:20, 14:24, 15:14, 16:2, 17:15, 17:18, 17:24, 18:1, 18:7, 18:20, 19:10, 20:13, 21:2, 21:13, 21:24, 23:19, 23:25, 24:2, 25:6, 25:15, 25:24, 26:16, 29:9, 29:17

**Button** - 30:10

**Buyout** - 8:8

**BY** - 1:23, 1:32, 1:35, 1:42, 3:9, 3:10, 6:14, 14:19, 15:17, 16:13, 17:6, 19:5, 24:2, 24:13, 27:7, 27:11, 27:19, 28:5

---

**C**

**Calendar** - 1:13, 8:11, 8:23, 8:24, 26:25

**Call** - 18:9

**Came** - 17:23, 17:25, 18:1, 18:22, 19:11

**Can** - 6:25, 7:9, 10:12, 13:22, 14:15, 15:6, 17:4, 17:18, 19:2, 19:8, 21:1, 21:16, 21:23, 24:1, 25:18, 25:24, 25:25, 26:2, 26:3, 26:12, 28:18, 29:9, 29:18

**Candidates** - 18:7, 18:12

**Cannot** - 28:21

**Can't** - 12:24, 14:24, 17:17, 20:12

**CARD** - 2:2, 2:4, 2:33, 4:18, 4:19, 7:4, 9:11, 10:5, 11:10, 11:22, 11:25, 12:2, 12:4, 23:13, 23:15

**Case** - 4:3, 5:1, 5:10, 5:22, 6:1, 6:11, 9:6, 10:24, 11:25, 12:5, 13:7, 13:20,

14:5, 14:7, 14:16, 15:18, 15:22, 16:21, 16:25, 17:11, 19:6, 20:6, 20:22, 20:24, 21:1, 21:11, 23:18, 24:21, 27:1, 30:4, 30:5, 30:8

**Cases** - 20:14

**CATHERINE** - 3:5, 31:9, 31:15

**Cause** - 27:22, 28:21

**Central** - 2:18

**Certain** - 9:21

**Certainly** - 9:24, 11:17, 13:24, 13:25, 17:19, 20:21

**CERTIFICATION** - 31:8

**Certify** - 31:9

**Certilman** - 2:12, 4:2

**Chad** - 9:3, 16:7, 16:18, 16:20

**Chambers** - 30:21

**Changed** - 12:22, 12:24

**Chapter** - 2:11, 4:3, 12:23

**Charge** - 26:17

**Chase** - 24:18

**Check** - 26:19, 26:21

**Choice** - 18:18, 19:10

**Choices** - 18:25

**Choose** - 21:3, 21:18, 26:11

**Chosen** - 26:1

**Circumstances** - 12:22, 12:24, 28:19

**Civil** - 28:13

**Claim** - 6:10, 6:19, 7:1, 8:16, 8:22, 8:25, 9:7, 9:12, 16:2, 16:13, 16:25, 23:21

**Claims** - 8:18

**Clarify** - 11:22

**Clear** - 21:11

**Clearly** - 10:18, 13:8

**Cleveland** - 3:7

**Client** - 20:11, 20:16, 22:9, 29:5, 29:6

**Clients** - 24:15, 26:11

**Client's** - 16:25

**Closed** - 20:8

**Co** - 5:10, 24:5

**COINDADO** - 1:31, 1:42, 7:19, 9:10, 12:12, 23:3, 23:5, 23:9, 23:11, 23:12

**Colloquy** - 11:8

**Come** - 10:18, 16:6, 17:19, 18:23, 19:14, 21:15, 24:9, 24:11, 25:24,

26:1, 26:2, 26:4, 26:18, 26:20, 26:22, 30:8

**Commenced** - 13:16, 27:22

**Comment** - 7:14

**Common** - 8:7

**Communications** - 29:11, 29:13

**Complaint** - 7:17, 9:17

**Completely** - 11:25

**Compressed** - 29:8

**Compulsory** - 8:8

**Concept** - 24:1

**Concerned** - 13:18

**Concerns** - 13:13

**Conclusion** - 25:12

**Condition** - 28:17

**Conduct** - 28:2

**CONFERENCE** - 1:30, 1:40, 2:4, 14:7

**Confidentiality** - 29:19

**Conflict** - 26:19, 26:21

**Conflicting** - 15:4

**Connecting** - 8:13

**Consensually** - 28:7

**Consenting** - 27:13

**Contested** - 27:7, 30:1

**Contract** - 7:21, 9:4, 9:13, 9:19, 11:13

**Conversations** - 30:9

**Conversion** - 7:23

**Coordinating** - 7:10

**Copies** - 29:14

**Correct** - 6:18, 6:20, 9:14, 15:25, 22:9, 22:10, 31:9

**Correction** - 6:15

**Correctly** - 25:8

**Correspondence** - 29:3, 29:17

**Cost** - 14:19, 20:21, 24:10

**COTTONWOOD** - 1:6, 1:15, 1:28, 1:31, 1:32, 1:41, 1:42, 2:2, 2:5, 2:6, 4:3, 4:4, 7:16, 7:22, 7:23, 7:25, 8:1, 8:3, 8:5, 8:7, 8:8, 8:9, 12:11, 12:23, 16:4

**Cottonwood's** - 12:5

**Could** - 7:10, 15:9, 15:18, 16:6, 17:4, 17:17, 18:12, 19:14, 25:17, 30:19

**Couldn't** - 10:18

**Counsel** - 4:14, 4:15, 5:10, 5:17, 8:12, 8:21,

12:18, 13:11, 13:13, 15:20, 17:3, 17:11, 24:5
**Counseled** - 12:19
**Count** - 12:24
**Counterclaim** - 11:12
**Couple** - 30:12, 30:21
**Course** - 13:25, 25:19, 29:6
**COURT** - 1:1, 1:34, 1:44, 2:8, 3:5, 5:3, 5:6, 5:12, 5:18, 5:24, 6:3, 6:5, 6:8, 6:9, 6:17, 6:19, 6:22, 8:16, 10:1, 10:3, 10:6, 10:8, 10:14, 10:23, 11:3, 11:6, 12:1, 12:14, 13:4, 13:17, 13:22, 14:10, 15:17, 15:23, 16:6, 16:11, 16:16, 16:22, 16:24, 17:3, 17:5, 17:8, 17:12, 17:13, 17:17, 18:15, 18:19, 19:19, 19:21, 19:24, 20:10, 20:15, 20:16, 20:19, 20:23, 21:8, 22:11, 22:24, 23:4, 23:8, 23:11, 23:15, 23:18, 23:19, 23:22, 24:24, 25:3, 25:9, 25:17, 25:22, 25:24, 26:6, 26:8, 26:14, 27:2, 27:5, 29:21, 30:3, 30:14, 30:16, 30:19, 30:23, 31:2, 31:5
**Courts** - 15:2
**Covering** - 29:1
**Creating** - 10:9
**Creditor** - 2:16, 2:28, 2:32, 2:35, 4:10, 4:18, 4:21
**CROSSTALK** - 4:12, 4:23, 5:2, 5:8, 13:3, 16:8, 18:5, 23:7
**Curious** - 18:13
**Currently** - 7:2, 15:21
**Curtiss** - 2:25

**D**

**Damages** - 7:20, 7:22, 7:24, 8:1, 8:2, 8:4, 8:6
**Date** - 7:15, 9:7, 25:6, 25:19, 25:22, 26:4, 27:21
**Day** - 10:14, 12:1, 26:4
**Days** - 27:20
**Deadlines** - 14:4
**Deal** - 29:5
**Dealing** - 15:19
**Debtor** - 1:7, 7:19, 8:10,

8:17, 8:18, 8:19, 8:25, 9:2, 9:3, 9:5, 9:9, 9:10, 9:13, 11:11, 12:23, 15:21, 16:14, 17:2, 22:24, 27:21, 27:23, 28:4, 28:17, 29:15
**Debtor's** - 7:18, 24:3, 27:24
**Decide** - 17:4, 17:18, 19:2, 25:6, 25:10, 25:16
**Decision** - 8:19
**Deegan** - 2:29, 4:14
**Defendant** - 4:4, 7:20, 7:23, 7:25, 8:3, 8:5, 8:7, 16:20, 23:3
**Defendants** - 15:24, 17:11
**Delay** - 13:19, 13:23
**Denying** - 8:14, 29:9
**Depends** - 30:17
**Deposition** - 27:18
**Depositions** - 17:10, 20:7
**Derivative** - 8:17
**DERIVATIVELY** - 1:41, 7:18, 7:22, 7:24, 8:1, 8:2, 8:4, 9:2
**Determination** - 8:20
**Determine** - 7:12, 28:16
**Did** - 7:7, 7:8, 10:17, 10:18, 11:20, 11:23, 19:5, 19:13, 21:20, 21:23
**Didn't** - 8:22, 11:20, 11:24, 12:20, 13:15, 17:21, 21:24, 29:22, 30:3
**Different** - 7:5, 9:14, 10:15, 11:19, 12:1, 14:10, 14:25, 15:2, 15:3, 15:16, 15:19, 23:25
**Differentiation** - 9:18
**Digital** - 2:40, 5:1, 5:22, 27:8, 27:9, 27:16, 27:20, 27:22, 28:1, 28:3, 28:5, 28:9, 28:11, 29:15, 29:25
**DIGITALOCEAN** - 1:20
**Dime** - 26:21
**Directing** - 21:3
**Discovery** - 14:6, 14:9, 14:12, 17:15, 20:7, 27:8, 28:12, 28:18, 28:20, 28:24
**Discussed** - 18:7
**Discussions** - 12:10, 13:16
**Dissolution** - 8:7, 8:8
**DISTRICT** - 1:2, 6:11, 6:16, 8:13, 17:12, 17:22, 17:24, 19:10, 21:22

**Divide** - 14:18, 24:1, 24:4
**Divided** - 20:20, 22:11
**Division** - 11:24, 12:16
**Divisor** - 14:22
**Do** - 5:12, 6:2, 6:25, 7:1, 7:2, 7:9, 10:17, 11:23, 12:4, 13:25, 14:11, 16:25, 17:18, 18:3, 18:15, 19:1, 20:5, 20:25, 21:5, 21:6, 22:12, 22:25, 23:8, 24:8, 24:12, 24:19, 25:2, 26:7, 26:19, 26:21
**Document** - 29:14
**Documentation** - 28:3, 28:5
**DOCUMENTS** - 1:19, 27:18, 29:1, 29:10, 29:12
**Does** - 9:18, 11:18, 18:3, 19:24, 28:10
**Doesn't** - 15:3, 15:5, 20:11, 28:22, 28:25
**Doing** - 13:23, 15:7, 21:3, 21:20
**Done** - 12:22, 19:5, 27:5
**Don't** - 6:1, 7:12, 9:7, 9:11, 12:12, 12:18, 13:4, 13:5, 13:8, 13:25, 15:1, 15:2, 15:14, 15:21, 15:24, 16:2, 16:3, 17:2, 18:2, 18:6, 18:21, 19:2, 19:3, 19:21, 20:17, 20:20, 20:24, 20:25, 21:3, 21:8, 21:9, 21:17, 21:24, 22:3, 22:4, 23:6, 23:23, 24:10, 24:21, 25:22, 26:16, 27:11, 28:13, 28:22, 29:16, 29:17, 29:19
**Down** - 18:23, 19:8, 21:24, 30:10
**Drag** - 10:12
**Drop** - 26:20
**Duty** - 8:3

**E**

**Each** - 13:4, 13:8
**Earle** - 2:30
**Early** - 17:13
**East** - 2:14, 2:19
**EASTERN** - 1:2, 17:21, 19:18
**Echo** - 13:12, 24:25
**Economically** - 13:1
**ECS** - 27:11, 27:13
**Eddie** - 10:4

**EDWARD** - 2:32, 2:33, 4:17, 10:4, 10:10, 10:21, 11:2
**Effective** - 16:15
**Effort** - 7:10, 10:18
**Either** - 5:25, 9:24, 12:19
**Electronic** - 3:9, 31:10
**ELI** - 2:39, 4:24, 5:19, 5:20
**ELKIN** - 2:32, 2:33, 4:17, 10:4, 10:10, 10:21, 11:2, 12:1
**Else** - 5:12, 5:13, 18:24, 20:13, 26:12
**Email** - 27:15
**Emails** - 29:3, 29:17, 30:9
**Encompass** - 29:12
**Engage** - 13:15
**Engaging** - 28:6
**Enough** - 19:2
**Enrichment** - 8:5, 8:6, 8:16
**Entitled** - 9:21, 31:11
**Entity** - 7:19
**Equally** - 22:11
**Eric** - 19:7, 19:8, 21:14
**Essence** - 20:14
**Essentially** - 14:6
**Establish** - 28:21, 28:23
**Estate** - 11:11, 14:17, 14:20, 14:21, 14:24, 22:7, 22:14, 22:15
**ET** - 1:28, 1:39, 2:2
**Even** - 11:24, 13:16, 20:7, 27:12
**Every** - 15:9, 20:24
**Everybody** - 6:7, 7:13, 7:15, 11:4, 15:9, 24:13, 24:14, 26:22, 31:5
**Everyone** - 5:24, 6:24, 13:2, 18:8, 22:5, 24:4
**Everything** - 20:7
**EXAMINATION** - 1:18, 1:19, 27:21, 28:2
**Examined** - 27:18
**Example** - 29:13
**Exceed** - 15:13
**Except** - 22:6
**EXHIBIT** - 1:25, 28:5, 30:11
**Exists** - 28:21
**Expedite** - 20:5
**Expedition** - 28:15
**Expensive** - 22:2

**Experience -** 18:25, 21:20, 22:2
**Experienced -** 15:8
**Experiences -** 25:14
**Extensive -** 30:9
**Extent -** 9:25, 22:13
**Eyes -** 11:16

**F**

**Facing -** 13:2
**Fact -** 7:6
**Factor -** 13:23
**Facts -** 11:18
**Fair -** 15:12
**Faith -** 10:17, 14:2, 24:15, 28:7
**Faltischek -** 2:23, 5:10
**Familiar -** 16:24
**Far -** 15:6, 19:2, 30:1
**Fashion -** 20:6
**Favorite -** 22:21
**Federal -** 28:12
**FEE -** 1:32, 1:43, 2:6
**Fees -** 26:16
**FEMALE -** 5:23, 6:4, 6:6, 11:4, 16:9, 16:12, 23:9, 23:13
**Fiduciary -** 8:3
**Figure -** 15:9, 22:14, 22:18, 29:18
**File -** 20:8, 27:12
**FILED -** 1:21, 1:23, 1:35, 6:10, 6:19, 7:16, 7:17, 8:12, 8:25, 9:11, 16:2, 16:4, 23:20, 27:10, 28:9
**Finalized -** 30:21
**Financial -** 28:4, 28:17
**Find -** 21:22
**Fine -** 18:24, 19:15
**Finished -** 13:5
**Firms -** 26:15
**First -** 12:6, 12:7, 19:4, 20:25, 27:6, 29:24, 29:25
**Fishing -** 28:15
**Five -** 8:25, 10:22, 17:25, 23:16
**Floor -** 2:13, 2:19, 2:37, 2:42, 3:3
**Folks -** 17:20, 22:2, 24:19, 26:10, 26:16, 27:11
**Follow -** 24:6, 29:24
**Following -** 26:3
**FOR -** 1:17, 1:18, 1:24, 1:34, 2:11, 2:16, 2:28,

2:32, 2:35, 2:39, 3:1, 4:2, 4:25, 5:6, 5:10, 5:17, 5:20, 5:21, 5:24, 6:13, 7:21, 7:23, 7:25, 8:3, 8:5, 8:6, 9:4, 9:10, 9:16, 10:5, 10:11, 11:7, 11:12, 11:20, 11:22, 13:4, 13:11, 13:22, 14:1, 14:8, 14:15, 15:4, 15:7, 15:20, 16:1, 16:19, 16:21, 17:3, 17:9, 17:11, 18:2, 18:3, 18:11, 18:20, 19:13, 20:3, 20:9, 20:11, 20:12, 22:6, 23:2, 24:23, 25:2, 25:6, 25:13, 25:21, 25:22, 26:22, 26:24, 27:3, 27:9, 28:19, 29:9, 29:13, 30:11, 30:19
**Forchelli -** 2:29, 4:14
**Foregoing -** 31:9
**Form -** 7:10
**Former -** 17:10
**Forth -** 30:9
**Four -** 18:1, 18:15, 21:4, 22:17, 23:16
**Fourth -** 12:6
**Frame -** 17:15
**Frequently -** 19:3
**Fresh -** 11:15
**FROM -** 1:35, 4:21, 5:5, 9:14, 18:16, 19:12, 21:18, 22:15, 26:14, 27:8, 27:23, 28:3, 31:10
**Full -** 27:14, 28:16
**Fully -** 28:3
**Future -** 30:14

**G**

**Gave -** 5:24, 6:7, 21:4, 21:14
**Gentleman -** 21:23
**GERARD -** 2:28, 4:13, 12:17, 19:16, 19:20, 19:22, 20:1, 22:10
**Get -** 7:11, 14:13, 15:8, 15:9, 22:4, 26:9
**Gets -** 14:21, 22:14
**Getting -** 20:15
**GIUGLIANO -** 2:22, 5:9, 5:14
**Give -** 7:14, 21:16, 22:5, 24:8, 24:9
**Given -** 13:13, 13:18
**Gives -** 16:3
**Glad -** 8:24

**Glenn -** 2:25
**Global -** 7:11
**Globally -** 10:25, 24:8
**Go -** 7:14, 13:9, 13:20, 13:21, 19:8, 20:4, 20:15, 21:1, 24:13, 28:15, 29:21
**Going -** 7:13, 8:22, 8:23, 11:6, 11:9, 12:11, 12:14, 13:20, 14:4, 14:7, 14:11, 15:11, 17:18, 19:6, 20:19, 20:20, 20:21, 21:16, 23:25, 24:6, 24:8, 24:9, 24:17, 24:21, 25:5, 30:9, 30:24
**Goldberg -** 3:2, 4:10
**Good -** 4:1, 4:6, 4:9, 4:13, 4:17, 4:20, 4:24, 6:13, 10:17, 14:2, 18:18, 18:25, 19:10, 23:12, 24:15, 28:7, 28:8, 28:21, 30:7
**Goodrich -** 2:40, 4:25, 5:21
**Got -** 6:25, 7:1, 13:17, 14:15, 16:16, 17:25, 21:19, 22:1, 22:18, 22:19, 22:20, 27:6
**Grand -** 2:18
**Griffith -** 21:25
**Grounds -** 28:19
**Grouping -** 7:3, 7:6
**Guess -** 9:14, 12:1, 15:11, 18:8
**Guthrie -** 9:2
**Guys -** 21:23

**H**

**Ha -** 22:23
**Haber -** 19:7, 19:9, 21:14
**Hacking -** 28:1, 29:2, 29:14
**Had -** 5:16, 5:17, 6:9, 6:24, 8:21, 10:13, 10:14, 11:23, 12:1, 12:3, 12:4, 17:19, 17:25, 19:5, 19:17, 24:17, 24:18, 30:7, 30:8
**Hand -** 14:1
**Hang -** 6:3, 21:22
**Happened -** 20:6, 20:9
**Happy -** 7:8, 29:23
**Harvey -** 21:25
**Has -** 6:8, 7:15, 8:16, 11:12, 12:4, 12:10, 12:12, 13:19, 14:17, 14:20, 16:25, 18:10, 18:25, 20:6,

20:9, 22:1, 23:4, 23:24, 24:12, 28:20
**Hasn -** 6:2
**HAVE -** 1:33, 1:44, 2:8, 5:12, 5:16, 6:19, 7:2, 7:3, 7:16, 8:22, 9:7, 9:11, 11:17, 12:15, 12:20, 12:21, 12:22, 12:23, 12:24, 13:6, 13:8, 13:15, 14:2, 14:7, 14:15, 14:23, 14:24, 15:2, 15:4, 15:15, 15:17, 15:21, 15:23, 15:24, 17:14, 17:19, 17:25, 18:2, 18:3, 18:7, 18:11, 18:14, 18:20, 18:22, 19:7, 19:16, 20:4, 20:11, 20:17, 20:20, 21:8, 21:12, 21:16, 21:17, 21:19, 21:24, 21:25, 22:5, 22:6, 22:12, 22:18, 22:19, 22:20, 22:25, 23:23, 24:15, 24:17, 24:18, 25:2, 25:9, 25:10, 25:19, 25:22, 26:19, 27:5, 30:1, 30:7, 30:19
**Haven't -** 16:3, 18:22
**Havoc -** 10:9
**He -** 7:22, 16:4, 17:1, 17:2, 19:9, 19:10, 19:17, 19:22, 23:19, 23:20, 23:23, 23:24
**Hear -** 8:24, 28:8
**Heard -** 10:24, 12:25
**HEARING -** 1:17, 1:21, 24:11, 24:25, 28:20, 30:17
**HELD -** 1:22
**Hello -** 5:14
**Her -** 10:24
**Here -** 6:5, 6:22, 6:23, 8:21, 12:22, 13:14, 14:6, 15:8, 15:19, 17:19, 18:21, 19:6, 20:20, 22:8, 22:18, 23:25
**Herman -** 19:11, 21:14
**He's -** 30:8
**Him -** 15:17, 16:5, 19:21
**Himself -** 16:14
**His -** 4:8, 7:19, 16:24, 27:3
**History -** 13:13
**Hoguet -** 2:17, 4:7
**Hold -** 5:3
**Honor -** 4:1, 4:6, 4:9, 4:13, 4:17, 4:20, 4:24,

5:15, 6:15, 6:21, 9:16, 10:7, 10:20, 11:21, 12:17, 13:10, 13:25, 16:10, 16:19, 18:13, 19:16, 20:2, 22:10, 23:17, 24:22, 26:13, 26:24, 29:20, 29:24, 30:6, 30:20, 31:4
**HONORABLE** - 2:10
**Hoped** - 8:21
**Hopefully** - 10:15
**Hours** - 30:22
**How** - 8:19, 15:1, 22:18, 24:3
**Howard** - 24:11, 25:25, 26:6, 26:7
**However** - 17:15
**Hyman** - 2:12, 4:2

**I**

**I'd** - 10:8
**Idea** - 14:14
**Ievgeniia** - 4:15
**I'll** - 24:12
**I'm** - 5:25, 6:5, 6:9, 7:3, 7:5, 7:13, 8:19, 8:22, 8:23, 8:24, 10:7, 10:11, 10:15, 10:16, 11:2, 12:14, 13:23, 15:10, 16:24, 24:6, 24:25, 25:9, 29:22, 29:23
**Impose** - 17:1
**Improper** - 28:12
**In** - 1:4, 1:18, 1:25, 1:34, 1:44, 2:8, 4:3, 4:4, 4:7, 4:11, 4:18, 5:1, 5:10, 5:11, 5:22, 5:25, 6:1, 6:2, 6:8, 6:11, 6:16, 6:17, 7:3, 7:10, 8:9, 8:14, 9:1, 9:14, 10:8, 10:13, 10:24, 11:10, 11:13, 11:15, 11:23, 11:25, 12:2, 12:8, 12:9, 12:11, 13:7, 13:12, 13:15, 13:16, 14:2, 14:5, 14:7, 14:16, 14:17, 14:20, 14:21, 15:1, 15:3, 15:6, 15:17, 15:22, 16:5, 16:6, 16:21, 16:24, 17:4, 17:11, 17:19, 18:9, 19:3, 19:4, 20:6, 20:14, 20:22, 20:25, 21:11, 21:21, 22:4, 22:6, 22:9, 23:1, 23:2, 23:9, 23:16, 23:18, 24:14, 25:18, 26:25, 27:4, 27:6, 27:10, 28:1, 28:7, 28:15, 28:18, 28:23, 29:8, 29:10, 30:14, 31:11

**Incentive** - 14:13
**Incidence** - 20:25
**Incident** - 28:1, 29:2, 29:4, 29:15
**Include** - 10:8, 23:13, 29:4
**Including** - 14:19, 29:16
**Indemnification** - 16:14, 16:18
**Indicated** - 7:11
**INDIVIDUALLY** - 1:41, 7:18, 8:6, 9:1, 9:9
**Individuals** - 6:23
**Influences** - 8:20
**Information** - 27:17, 28:25
**Initial** - 10:13, 14:7
**Instance** - 11:20
**Instead** - 10:12
**Instinct** - 13:12
**Interest** - 8:9
**Interrupt** - 13:4, 13:8, 29:22
**Into** - 26:17, 30:8
**Investigate** - 28:3
**Involuntarily** - 20:10
**Involved** - 11:15, 14:16, 22:4, 24:8, 29:15
**Involving** - 11:19
**Ira** - 19:11, 21:14
**Is** - 4:24, 5:4, 6:10, 6:11, 6:12, 6:14, 6:15, 7:1, 7:9, 7:22, 8:9, 8:10, 8:11, 8:17, 8:18, 9:1, 9:5, 9:7, 9:13, 9:14, 9:18, 9:20, 9:24, 10:4, 10:11, 11:16, 11:21, 12:10, 12:11, 12:12, 12:23, 13:2, 13:10, 13:19, 13:20, 14:4, 14:7, 14:11, 14:14, 14:18, 14:23, 14:25, 15:12, 15:16, 15:18, 15:20, 16:5, 16:7, 16:10, 16:13, 16:20, 16:21, 16:23, 17:1, 17:2, 17:5, 17:23, 18:9, 18:16, 18:25, 19:6, 19:7, 19:9, 19:18, 19:22, 20:2, 20:5, 20:6, 20:7, 20:13, 20:16, 20:19, 20:20, 20:21, 21:1, 21:3, 21:5, 21:10, 22:1, 22:7, 22:8, 22:9, 22:13, 23:1, 23:2, 23:3, 23:11, 23:17, 23:19, 23:20, 23:24, 23:25, 24:1, 24:22,

24:25, 25:7, 25:15, 26:3, 26:5, 27:7, 27:12, 27:13, 27:15, 28:4, 28:8, 28:12, 28:13, 28:14, 28:24, 29:5, 29:7, 29:8, 29:25, 30:10, 31:9
**Isn't** - 13:20
**Issue** - 10:10, 20:8
**Issues** - 12:25, 13:1
**It** - 5:18, 6:10, 6:15, 6:16, 7:10, 8:10, 8:18, 9:13, 9:14, 9:18, 10:12, 10:14, 10:15, 10:24, 11:14, 11:16, 11:17, 11:18, 12:7, 12:20, 13:2, 13:7, 13:8, 13:23, 14:7, 14:15, 14:24, 15:3, 15:5, 15:12, 15:14, 15:18, 16:3, 16:16, 16:17, 16:25, 19:2, 19:5, 20:3, 20:5, 20:7, 20:12, 20:20, 20:21, 21:2, 21:13, 21:22, 21:24, 22:6, 22:8, 22:11, 22:13, 22:15, 24:4, 24:14, 25:11, 27:5, 27:6, 28:6, 28:13, 29:25, 30:11
**Item** - 8:11
**Its** - 28:21, 29:16
**It's** - 9:13, 9:20, 9:23, 11:25, 14:10, 15:10, 15:15, 16:17, 17:13, 22:17, 23:25, 24:6, 24:13, 24:19, 27:13, 29:19, 31:1
**I've** - 6:25, 7:1

**J**

**JASON** - 1:40, 2:17, 4:7, 5:10, 9:6, 13:11
**JENNIFER** - 1:36, 3:1, 4:9, 11:21, 20:2, 20:17, 21:7, 22:21, 22:23, 23:1, 23:2, 23:6, 24:22, 24:25, 25:5, 25:13, 25:18, 25:23, 26:5
**Joint** - 9:23
**Jointly** - 30:13
**Judge** - 5:23, 6:4, 8:13, 11:4, 15:23, 16:9, 23:13, 26:7
**Judges** - 24:18
**Judgment** - 7:21
**Jurisdiction** - 15:25
**Just** - 5:23, 6:1, 6:6, 7:14, 9:6, 9:18, 10:17, 11:4, 11:22, 13:19, 15:1, 15:5,

15:11, 16:12, 17:2, 17:21, 18:24, 19:4, 21:9, 21:11, 21:13, 21:18, 21:22, 22:23, 24:12

**K**

**Kenney** - 2:17, 4:7
**Kidding** - 22:23
**Kind** - 20:5
**Klestadt** - 19:22, 19:24, 21:5
**Know** - 6:25, 8:23, 9:22, 10:16, 10:17, 11:8, 11:11, 11:14, 11:16, 11:24, 12:9, 12:11, 12:12, 12:19, 12:21, 15:9, 15:14, 16:3, 17:2, 18:6, 18:10, 18:19, 19:2, 19:21, 20:9, 20:23, 21:19, 21:24, 22:3, 22:4, 22:5, 23:6, 23:23, 24:11, 26:16, 26:20, 27:11, 29:6, 30:10, 30:16

**L**

**Lacks** - 28:19
**Ladies** - 21:23
**Language** - 30:2
**Last** - 7:4, 8:12, 10:24, 14:17, 17:20
**Later** - 22:7
**LAUGHTER** - 22:22
**Law** - 2:33, 8:7
**Lawyer** - 23:24
**Lawyers** - 12:6, 14:14
**Least** - 18:8, 24:19, 27:20
**Less** - 20:22, 22:2, 24:3
**Lesser** - 9:25
**Let** - 7:14, 24:11, 30:16
**Let's** - 26:7
**Letting** - 10:12
**Level** - 9:23
**Liabilities** - 28:16
**Like** - 10:8, 11:18, 20:4, 28:2
**Likely** - 25:20
**Likes** - 20:24
**Liman** - 8:13
**Limited** - 29:17
**Lines** - 25:1
**List** - 17:21, 17:22, 17:24, 17:25, 18:1, 21:4, 21:17, 21:18, 21:19, 22:1
**Listed** - 28:14

**Listening -** 27:4
**Lists -** 27:21
**Litany -** 29:11
**Litigate -** 20:24
**Litigation -** 4:15, 11:14, 11:15, 15:21, 16:24
**Litigators -** 20:24
**Little -** 23:25
**LLC -** 1:6, 1:15, 1:20, 1:28, 1:31, 1:32, 1:41, 1:42, 2:2, 2:5, 2:6, 5:22, 7:19, 27:8, 27:17
**LLP -** 2:12, 2:17, 2:29, 2:36, 3:2
**Log -** 29:6, 29:7
**Long -** 6:25, 7:1, 10:12, 10:21, 12:2
**Longer -** 6:15, 30:1
**Look -** 17:21, 18:24, 19:8, 21:23, 26:11, 26:17
**Looked -** 16:3, 17:22, 21:17
**Looking -** 6:5, 30:11
**LORD -** 2:10
**Loss -** 27:24
**Lost -** 6:9
**Lot -** 12:24, 17:14, 18:11, 18:20, 18:25, 19:25, 22:1, 22:9, 24:7, 30:17
**LUCKMAN -** 2:28, 4:13, 4:14, 12:14, 12:17, 15:16, 19:16, 19:20, 19:22, 20:1, 22:8, 22:10, 24:5

**M**

**Made -** 10:23, 29:25
**Mail -** 27:19
**Main -** 4:3, 5:1, 5:10, 5:22, 27:1
**Make -** 5:13, 5:23, 6:1, 6:7, 8:22, 10:17, 13:7, 13:8, 15:5, 25:19
**Makes -** 15:5
**MALE -** 17:7, 18:6, 18:18, 26:13
**MANAGEMENT -** 2:2, 2:5, 9:2, 9:11, 23:14, 23:15
**Many -** 14:16, 20:20, 22:18, 24:7, 24:17
**Mark -** 19:9, 19:11, 21:15, 30:24
**Mathematical -** 14:23
**Matter -** 8:14, 8:24, 17:12, 25:15, 26:25, 27:4, 30:1,

31:11
**Matters -** 14:16
**May -** 1:6, 9:7, 15:13, 17:1, 18:13, 22:2, 22:8, 26:8, 26:17, 29:4, 31:14
**Maybe -** 9:22, 11:15, 13:7, 15:14, 22:11, 22:12, 22:16
**MCCORD -** 1:23, 1:26, 2:12, 4:2, 21:10
**Me -** 6:12, 7:3, 7:14, 15:5, 15:15, 16:17, 16:18, 18:2, 18:3, 20:22, 21:13, 22:15, 23:23, 24:9, 26:1, 26:3, 28:22, 28:25
**Meadow -** 2:14
**Mean -** 10:10, 10:15, 11:24, 12:6, 12:22, 16:6, 21:18, 30:18
**Meaningfully -** 14:4
**Mediate -** 25:12
**Mediation -** 6:25, 7:9, 7:11, 10:8, 10:13, 10:14, 11:9, 11:22, 11:23, 12:2, 12:3, 12:9, 12:11, 12:16, 12:20, 12:25, 13:12, 13:15, 13:21, 14:1, 14:3, 14:5, 14:8, 14:19, 17:4, 17:19, 18:7, 18:10, 19:5, 19:7, 20:3, 20:11, 20:15, 20:25, 21:1, 21:2, 21:20, 24:12, 25:4, 25:7, 25:11, 25:15, 25:20
**Mediations -** 13:14, 19:17
**Mediator -** 7:9, 11:17, 15:8, 18:7, 21:3
**Mediators -** 7:12, 17:20, 24:18
**Meeting -** 27:25
**Merrick -** 2:13
**Micromanage -** 7:12
**Middle -** 27:6
**Might -** 5:16, 11:13, 11:14, 18:4, 18:25, 19:2, 19:10, 26:22
**Million -** 27:24
**Minute -** 6:3, 21:22
**Minutes -** 30:19
**Misapprop -** 8:2
**Miss -** 6:1
**Monetary -** 7:20, 7:22, 7:24, 8:1, 8:2, 8:4, 8:6
**Money -** 12:13, 14:12, 14:17, 15:12, 20:12, 20:21, 23:24, 24:7

**Months -** 15:7, 20:9
**More -** 22:25, 25:20
**Morning -** 30:22
**Moscou -** 2:23, 5:9
**Most -** 19:12
**MOTION -** 1:17, 1:34, 8:11, 8:15, 8:20, 9:10, 25:2, 25:7, 25:11, 25:16, 27:7, 27:8, 27:10, 28:4
**Move -** 12:21
**Moved -** 17:12
**Mr -** 5:16, 5:17, 5:18, 6:11, 6:14, 8:12, 8:21, 8:25, 9:15, 9:24, 9:25, 10:9, 11:3, 11:6, 11:19, 12:1, 12:14, 13:13, 15:15, 15:16, 15:20, 15:25, 16:1, 16:4, 16:13, 16:23, 17:3, 20:11, 20:12, 20:13, 21:10, 22:8, 23:18, 24:4, 25:21, 27:3, 27:25, 30:7
**Ms -** 5:14, 10:23, 12:18, 24:11, 25:25, 26:6, 26:7
**Much -** 10:9, 20:21, 24:7
**Must -** 21:25
**My -** 6:10, 8:20, 9:17, 13:22, 14:7, 15:17, 16:25, 17:11, 20:11, 23:18, 25:6, 25:14, 25:15, 25:16, 30:20

**N**

**Name -** 5:4, 11:5, 13:5, 17:8, 18:3, 19:7, 19:8, 19:15, 19:19, 21:21, 24:10, 24:11
**Named -** 4:4
**Names -** 17:23, 18:1, 18:2, 18:15, 18:22, 19:11, 21:14
**NANCY -** 2:10
**NASH -** 2:16, 4:6, 13:10, 13:11, 13:24
**NATURE -** 1:32, 1:43, 2:7
**Need -** 5:18, 11:4, 23:23, 25:25, 26:2, 27:12, 27:14
**Negotiations -** 28:7
**Never -** 15:17
**NEW -** 1:2, 1:4, 2:20, 2:38, 2:43, 3:4, 3:8, 7:15, 8:14
**Newman -** 2:17, 4:7
**Next -** 5:7, 8:11, 24:19, 24:20, 25:25, 28:4, 31:2
**Nexus -** 16:3
**Nine -** 20:9

**No -** 6:15, 8:17, 12:8, 12:10, 12:15, 12:17, 13:17, 13:25, 14:17, 19:4, 29:8, 30:1, 30:5, 30:6, 30:16
**Nominal -** 7:20
**Non -** 2:39, 4:25, 5:21
**NOSEK -** 2:11, 4:1, 4:2, 5:15, 6:11, 6:13, 6:18, 6:21, 9:15, 9:16, 10:2, 10:7, 10:9, 10:20, 11:3, 11:6, 11:7, 15:25, 16:1, 21:10, 26:24, 27:3, 29:20, 29:22, 30:5, 30:15, 30:18, 30:20, 31:1, 31:4
**Not -** 7:3, 7:5, 7:7, 8:19, 9:23, 10:15, 10:16, 11:2, 11:14, 11:15, 12:14, 12:17, 13:23, 13:24, 14:1, 14:11, 14:19, 15:6, 15:13, 15:18, 15:20, 15:22, 16:20, 16:21, 16:24, 19:6, 21:2, 21:12, 22:11, 22:12, 22:14, 23:24, 24:6, 24:17, 25:15, 27:14, 28:10, 28:20, 28:24, 29:17
**Note -** 20:8
**Noted -** 8:18
**Notes -** 28:6
**Nothing -** 11:23, 12:4, 20:6, 20:9
**NOTICE -** 1:17, 1:18, 1:30, 1:40, 2:4, 20:8
**November -** 16:15
**Now -** 7:14, 11:12, 12:6, 14:10, 14:16, 15:15, 20:14
**Nowhere -** 13:14
**Number -** 20:5, 29:12
**Numbers -** 24:2
**NY -** 2:14, 2:20, 2:26, 2:31, 2:38, 2:43, 3:4

**O**

**OBJECTION -** 1:17, 27:10, 27:11, 28:6, 28:8, 28:22, 29:25
**OBJECTIONS -** 1:21, 1:22
**Obligation -** 17:1
**Obviously -** 14:1, 24:14, 27:17
**Occur -** 29:8
**Occurred -** 28:1, 29:15
**Ocean -** 2:40, 5:1, 5:22, 27:8, 27:16, 27:20, 27:22,

28:1, 28:3, 28:9, 28:11
**Ocean's** - 29:25
**October** - 28:1
**OF** - 1:2, 1:17, 1:18, 1:19, 1:20, 1:23, 1:26, 1:30, 1:32, 1:36, 1:40, 1:41, 1:43, 2:4, 2:6, 2:7, 2:33, 2:41, 4:3, 4:7, 4:18, 4:21, 4:25, 5:21, 6:19, 6:24, 7:1, 7:10, 7:18, 7:21, 7:23, 7:24, 8:1, 8:2, 8:3, 8:4, 8:7, 8:8, 8:13, 8:14, 8:18, 8:25, 9:2, 9:4, 9:7, 9:9, 9:11, 9:12, 9:13, 9:17, 9:21, 9:22, 10:12, 10:14, 11:12, 11:15, 12:6, 12:18, 12:24, 13:14, 13:24, 14:14, 14:16, 14:19, 14:24, 15:13, 16:2, 16:12, 16:13, 16:17, 16:25, 17:14, 17:23, 18:1, 18:9, 18:11, 18:20, 18:24, 18:25, 19:1, 19:25, 20:5, 20:8, 20:14, 21:4, 21:10, 21:11, 21:15, 22:1, 22:2, 22:6, 22:9, 22:13, 22:14, 22:16, 22:18, 23:1, 23:20, 24:7, 24:10, 24:13, 25:4, 25:19, 26:11, 27:4, 27:12, 27:16, 27:19, 27:20, 27:22, 27:23, 27:24, 28:4, 28:12, 28:16, 28:17, 28:25, 29:1, 29:6, 29:8, 29:11, 29:12, 29:14, 29:25, 30:12, 30:17, 30:21, 31:10
**Off** - 11:18, 18:1
**Offices** - 2:33
**Often** - 26:20
**Oh** - 13:24, 16:22, 23:11, 24:20, 27:2, 30:18
**Okay** - 5:6, 5:18, 5:20, 6:6, 6:19, 6:22, 10:1, 16:6, 16:16, 16:22, 17:3, 17:13, 17:17, 18:21, 19:21, 19:22, 20:1, 20:19, 21:7, 23:4, 23:11, 23:12, 23:22, 24:1, 24:19, 25:1, 25:5, 25:18, 25:23, 25:24, 26:8, 26:17, 26:22, 27:6, 27:7, 30:23
**Old** - 12:24, 12:25, 29:14
**ON** - 1:17, 1:21, 1:22, 1:23, 1:24, 1:36, 1:41, 2:5,

4:3, 4:18, 4:21, 5:3, 5:25, 6:3, 7:15, 7:16, 7:18, 7:22, 7:24, 8:1, 8:2, 8:4, 8:11, 8:18, 8:20, 8:22, 8:23, 8:24, 9:2, 9:9, 9:20, 11:8, 11:18, 12:6, 12:19, 12:24, 14:1, 14:6, 14:12, 17:24, 18:4, 18:8, 18:9, 18:12, 18:13, 19:8, 19:10, 19:18, 20:5, 21:19, 21:21, 21:22, 22:1, 24:20, 25:1, 25:14, 26:3, 26:7, 26:9, 26:12, 26:25, 27:4, 28:15, 29:23, 30:2, 30:10, 30:17
**Once** - 14:20
**One** - 2:18, 5:7, 6:15, 7:6, 7:8, 7:11, 11:10, 11:17, 11:18, 12:15, 15:12, 15:20, 17:23, 18:1, 19:7, 20:5, 20:13, 21:24, 23:15, 24:3, 26:20, 26:25, 27:6
**Ones** - 11:19, 21:18
**Only** - 8:16, 10:10, 14:3, 15:20, 17:23, 17:24, 18:19, 19:10, 21:4, 21:21, 25:14, 27:11, 30:21
**Opposed** - 10:16
**Or** - 5:25, 7:9, 7:11, 7:13, 9:22, 9:24, 10:15, 11:20, 12:25, 13:7, 13:17, 15:20, 15:22, 18:16, 19:13, 20:6, 20:12, 20:22, 21:9, 21:10, 21:15, 22:14, 25:1, 26:9, 26:10, 26:11, 28:23, 28:24, 29:5, 29:7, 30:4
**ORDER** - 1:19, 1:24, 1:26, 8:13, 8:15, 19:4, 24:12, 27:16, 28:15, 30:6, 30:12, 30:21, 30:25
**Ordered** - 20:15
**Ordering** - 20:4
**Orders** - 24:14
**Originally** - 27:9
**OTHER** - 1:33, 1:43, 1:44, 2:7, 7:19, 11:19, 13:4, 13:5, 13:9, 14:1, 15:23, 18:20, 26:25, 27:4, 29:14
**Others** - 7:2, 9:15, 12:21, 22:3
**Our** - 12:9, 13:16, 20:6, 23:2, 27:4
**Ourselves** - 12:7
**Out** - 10:12, 15:10, 18:2, 18:22, 22:14, 22:19, 24:1,

24:13, 29:18, 30:1, 30:3, 30:6
**Over** - 15:25
**Overboard** - 28:24
**Overcome** - 28:22
**Overnight** - 27:19
**Overtures** - 13:18
**Ovington** - 2:30
**Owner** - 7:22

| P |
|---|

**Paid** - 19:7
**Panel** - 18:12
**Papers** - 27:15
**Parallel** - 14:5
**Parcel** - 16:17
**Part** - 11:10, 14:24, 16:16, 27:12
**Participate** - 14:2
**Participating** - 16:21, 20:13
**Particular** - 11:13, 19:4
**Parties** - 14:2, 14:18, 18:6, 23:1
**PARTY** - 1:20, 2:39, 4:25, 5:21, 6:10, 7:20
**Passed** - 13:19
**Past** - 25:14
**Patience** - 27:4
**Pay** - 12:8, 12:10, 12:15, 14:14, 14:22, 14:24, 20:11, 20:12, 23:24
**Paying** - 14:25, 20:16, 20:22, 23:24
**Pending** - 6:11, 6:15, 9:13, 11:25, 25:2, 25:3, 25:7, 25:10
**PENNER** - 1:39, 1:40, 2:17, 4:7, 5:10, 9:7, 9:8, 9:24, 13:11, 20:12, 22:20, 22:24, 23:12
**People** - 7:7, 12:24, 14:12, 20:20, 22:18, 24:7
**Period** - 29:1, 29:8
**Perpetrated** - 28:11
**Person** - 12:13, 14:22, 27:12
**Person/Party** - 27:16
**Picked** - 18:14
**Piece** - 22:6, 22:16, 24:3
**Pieces** - 22:13
**Pierre** - 9:4
**Place** - 2:18
**Plaintiff** - 3:1, 4:11, 4:19

**Plaza** - 2:24
**Pleasant** - 24:19
**Please** - 5:7, 6:2, 11:5
**Plus** - 14:15
**Point** - 10:23, 12:11
**Pool** - 18:10
**Position** - 12:8, 12:10, 12:15
**Positions** - 12:25
**Possibly** - 10:12
**Postdates** - 29:2
**Potential** - 15:4, 28:14
**PRE** - 1:30, 1:40, 2:4, 7:16
**Predates** - 29:1
**PRESENTED** - 1:24
**PRESENTMENT** - 1:18, 27:9
**Preserve** - 28:9
**Principal** - 7:18, 27:25
**Print** - 27:14
**Prior** - 11:15, 27:21
**Privileged** - 29:4, 29:7
**Pro** - 16:23, 19:5, 23:19
**Probably** - 11:9, 11:17, 18:10, 18:12, 18:18, 20:23, 26:18
**Problem** - 26:21
**Procedure** - 28:13
**Proceed** - 14:9
**Proceeding** - 4:8, 4:11, 4:19, 5:11, 9:12, 15:1, 15:3, 16:23, 23:3
**Proceedings** - 3:9, 15:4, 25:3, 31:11
**Proceeds** - 14:5
**Process** - 11:13, 27:20
**Produce** - 27:17, 29:6
**Produced** - 3:10
**Product** - 29:7
**PRODUCTION** - 1:19, 29:7
**Profits** - 9:22
**Progress** - 14:4
**Proof** - 6:19, 7:1, 9:7, 9:11, 16:2, 16:12, 16:25, 23:20
**PROPOSED** - 1:25
**Prospect** - 6:24
**Provisions** - 30:12
**PURSUANT** - 1:20, 27:18
**Put** - 8:23, 11:10, 22:6

| Q |
|---|

**Quadrants** - 22:17

**Question** - 6:10
**Quite** - 10:23

| **R** |

**Raised** - 6:24, 13:13
**Rather** - 14:14
**Re** - 1:4, 1:30, 1:40, 2:4
**Reach** - 18:12, 24:1
**Reached** - 18:22
**Read** - 30:19
**Reading** - 9:17
**Ready** - 20:6
**Really** - 12:13, 13:17, 13:19, 15:20, 20:17, 25:21, 30:10
**Reason** - 16:21, 21:4, 21:25, 24:20
**Receipt** - 27:14, 27:15
**Recommended** - 12:20
**Record** - 12:18, 12:19
**Recorded** - 3:9
**Recording** - 3:9
**Recordings** - 31:10
**Recover** - 27:23
**Reduces** - 14:13
**Regal** - 2:17, 4:7
**Regarding** - 29:3
**Reimbursed** - 22:15
**Rejected** - 21:5
**Relating** - 29:11, 29:14
**Relationship** - 30:8
**RELIEF** - 1:35
**Reluctance** - 15:17
**Remand** - 7:13, 8:11, 8:20, 9:10
**REMAND/**
**ABSTENTION** - 1:35
**Remanded** - 6:16, 9:5
**Remanding** - 8:15
**REMOVAL** - 1:30, 1:40, 2:4
**Removed** - 7:17, 9:8, 9:12, 19:3, 19:12, 20:10, 20:14
**Report** - 29:23
**Reports** - 29:3, 29:17
**Represent** - 11:11, 13:6, 13:8, 18:16, 19:1, 23:8
**Represented** - 6:14, 12:15
**Representing** - 4:7, 4:10, 23:4
**Represents** - 5:4
**Request** - 28:3, 28:11,

28:23, 29:3, 29:10
**Requests** - 20:4, 29:10, 29:13
**Require** - 22:4, 22:5
**Requires** - 24:14
**Resolution** - 25:4
**Resolve** - 10:11, 12:5, 13:1, 13:12, 25:15, 28:7
**Respect** - 7:4, 8:10, 9:6, 16:25, 18:11, 28:10
**Response** - 13:17, 13:18
**RESPONSIBLE** - 1:20, 27:16
**Result** - 28:23
**Retainer** - 22:5, 24:17
**Review** - 29:3
**Reviewed** - 11:8
**Revised** - 30:11
**Rexcorp** - 2:24
**Riation** - 8:2
**RICHARD** - 1:23, 1:26, 2:12, 4:2
**RICHLIN** - 2:39, 4:24, 4:25, 5:16, 5:18, 5:19, 5:20, 27:3, 30:7
**Right** - 10:10, 23:19
**Rights** - 28:9
**Road** - 24:13
**ROBERT** - 2:11, 2:36, 4:1, 4:22, 5:4, 5:6, 5:15, 6:13, 6:18, 6:21, 9:16, 10:2, 10:7, 10:20, 11:7, 16:1, 16:20, 17:10, 26:24, 27:3, 29:20, 29:22, 30:5, 30:15, 30:18, 30:20, 31:1, 31:4
**Role** - 19:3
**Roll** - 29:23
**Rosati** - 2:40, 4:25, 5:21
**ROSSAN** - 1:36, 3:1, 4:9, 4:10, 10:23, 11:21, 20:2, 20:17, 21:7, 22:21, 22:23, 23:1, 23:2, 23:6, 24:22, 24:23, 24:25, 25:5, 25:13, 25:18, 25:23, 26:5
**RULE** - 1:20, 27:7, 27:18, 28:12, 28:18, 29:9
**Rules** - 24:13, 28:12
**Ruskin** - 2:23, 5:9
**Russo** - 9:4, 15:24, 16:7, 16:18, 16:20

| **S** |

**Sadis** - 3:2, 4:10
**Said** - 14:17, 17:4, 23:19,

24:16
**Same** - 5:14, 17:8
**Satisfy** - 28:21
**Say** - 6:6, 9:24, 11:6, 11:9, 11:20, 13:5, 13:6, 13:7, 15:10, 15:11, 15:13, 16:12, 17:8, 26:19, 26:21, 28:17, 28:20
**Saying** - 22:17
**Says** - 16:13
**Schedule** - 14:8, 27:21
**Scheduled** - 27:9
**Scheduling** - 17:10
**Scope** - 28:16
**Scribe** - 3:6
**Se** - 16:23, 23:19
**Sean** - 19:17, 19:20
**Second** - 27:6
**SECURE** - 2:2, 2:4, 2:33, 4:18, 4:19, 7:4, 9:11, 10:5, 11:10, 11:22, 11:24, 12:2, 12:4, 23:13, 23:15
**See** - 15:6, 18:13, 18:24, 19:3, 31:2
**Seeing** - 15:8
**Seek** - 28:25
**Seeking** - 15:14, 17:1, 27:7, 27:15
**Seem** - 9:18, 11:18
**Seems** - 15:3, 15:15, 16:17, 21:13, 22:15
**Seen** - 15:17
**Send** - 20:24, 23:22, 27:14
**Sending** - 6:24, 21:2
**Sense** - 13:7, 15:5, 15:6
**Sent** - 14:8
**Sentence** - 29:25
**Separate** - 7:9, 8:24, 11:25, 12:3, 17:1, 23:11
**Served** - 16:21, 27:11
**SERVICE** - 1:26, 3:10, 27:13, 27:14, 27:19, 27:20
**Set** - 11:15, 12:6, 14:4
**Settle** - 12:7, 15:18
**Settled** - 15:18, 30:4, 30:5, 30:24
**Settlement** - 7:11, 10:25, 12:9, 13:16, 14:13, 14:14, 14:15, 24:15
**Seven** - 23:16
**Seventh** - 24:4
**Sevenths** - 24:5
**Several** - 30:8

**SHERMAN** - 1:28, 1:31, 1:36, 3:2, 4:10, 7:16, 7:17, 9:6, 9:24, 11:22, 11:23, 12:3, 20:3, 22:21, 22:24, 23:2, 23:12, 24:23, 25:14
**Sherman's** - 8:12, 13:13
**SHERYL** - 2:22, 5:9
**Short** - 21:16, 24:8
**Shortly** - 17:11
**Shot** - 7:14
**Should** - 21:1, 22:11, 22:12, 22:16, 23:13, 26:1, 26:18, 27:5
**Sides** - 9:20, 10:18
**SIGNATURE** - 1:24
**Signed** - 5:24, 5:25, 6:2, 6:8, 24:13
**Significant** - 13:17
**Siloed** - 11:18
**Silvershuck** - 19:9, 19:11, 21:15
**Since** - 8:12, 20:9, 30:8
**Single** - 11:16
**Sitting** - 24:10
**Situation** - 7:5, 15:16, 15:19, 16:17
**Situations** - 15:5
**Six** - 23:16
**Slome** - 19:9, 21:14
**Small** - 30:12
**So** - 5:18, 6:1, 6:2, 6:22, 7:5, 7:16, 8:25, 10:1, 10:3, 10:24, 11:13, 11:15, 12:21, 12:24, 12:25, 14:6, 14:11, 14:25, 15:12, 15:15, 15:18, 15:24, 16:3, 16:16, 17:13, 17:19, 18:1, 18:21, 19:1, 19:7, 20:20, 20:23, 21:1, 21:6, 21:11, 21:13, 21:14, 21:20, 22:24, 22:7, 22:19, 23:11, 23:12, 23:16, 23:25, 24:3, 24:5, 24:7, 25:6, 26:16, 26:21, 28:20, 29:8, 30:11, 30:23, 31:2
**Some** - 7:7, 7:10, 9:17, 9:22, 17:20, 19:1, 20:5, 21:6, 21:18, 22:2
**Somebody** - 5:12, 5:13, 15:16, 18:24, 19:5, 21:18, 22:1, 25:1, 27:17
**Someone** - 18:13
**Something** - 6:5, 10:17, 13:6, 14:15, 22:3, 22:7,

25:1, 25:20, 27:12
**Sometimes -** 18:20
**Sonsini -** 2:40, 4:25, 5:21
**Sorry -** 6:9, 10:7, 27:2, 27:5, 29:22
**Sort -** 9:22, 18:24
**Sought -** 8:10, 28:5
**Sound -** 3:9, 31:10
**Sounds -** 20:4
**Southard -** 19:17, 19:20
**Southern -** 6:11, 6:16, 8:13, 17:22, 17:24, 19:10, 19:18, 21:22
**Speak -** 11:5, 15:22, 20:12
**Speaker -** 25:1
**Speaking -** 5:13, 5:20, 13:5
**Speed -** 11:13
**Spending -** 14:12, 14:13
**Spent -** 20:23
**Stage -** 17:5
**Stake -** 25:21
**Start -** 24:20
**STATE -** 1:34, 1:44, 2:8, 6:17, 8:16, 10:14, 11:4, 13:17, 15:22, 16:24, 17:5, 20:23, 23:18
**Statement -** 29:24
**STATES -** 1:1, 28:6
**Status -** 8:22, 8:24
**Statutory -** 8:7
**STAY -** 1:35, 8:10, 18:16, 26:14
**Stayed -** 8:9, 8:17, 8:19
**Steer -** 21:11
**Step -** 28:11
**Steps -** 19:12
**Still -** 31:2
**Stip -** 24:12
**Stolen -** 27:23
**Stop -** 16:11
**Street -** 2:19, 3:7
**Strongly -** 10:24, 14:3, 26:9
**Stuck -** 27:6
**Stuff -** 24:16, 29:19
**Submitting -** 30:13
**Subpoena -** 27:19
**Substantial -** 9:18, 29:12
**Substantially -** 11:19, 29:1
**Successful -** 14:2, 19:5, 19:17, 25:16, 25:20
**Sufficient -** 28:19

**Suggest -** 21:20, 26:9
**SUIT -** 1:33, 1:43, 2:7
**Supplement -** 8:12
**SUPPORT -** 1:18, 1:25
**Sure -** 5:19, 5:20, 5:23, 6:1, 6:7, 8:19, 13:8
**Suspending -** 25:3
**Sympathy -** 18:20

---

**T**

**Tactic -** 13:20
**Take -** 13:22, 14:18, 18:23, 22:16, 24:5
**Takes -** 24:2, 24:4
**Taking -** 22:12
**Talk -** 6:23, 26:10, 29:9
**Talked -** 7:6, 9:6
**Talking -** 7:4, 7:6, 15:7, 20:3, 26:15
**Targeted -** 28:23
**Taylor -** 2:36, 4:22, 5:4, 5:7, 6:14, 8:14, 8:25, 9:1, 9:25, 15:2, 15:20, 16:4, 16:20, 17:4, 17:10, 22:19, 22:24, 23:12
**Taylor's -** 5:17, 8:21, 8:22
**Technically -** 8:9
**Tell -** 6:12, 16:18, 26:1, 26:3, 28:22, 28:25, 30:15
**Ten -** 30:19
**Terms -** 23:1
**Terrana -** 2:29, 4:14
**Testified -** 27:25
**Than -** 11:19, 14:14, 20:22, 22:3, 22:25
**Thank -** 5:12, 5:19, 6:2, 6:8, 11:5, 13:10, 26:13, 26:23, 27:3, 31:3, 31:4
**Thanks -** 31:5
**THAT -** 1:33, 1:44, 2:7, 5:16, 5:20, 5:23, 5:24, 6:7, 6:12, 6:14, 6:25, 7:1, 7:2, 7:6, 7:7, 7:8, 7:11, 7:14, 7:15, 7:21, 8:9, 8:10, 8:16, 8:19, 8:21, 8:22, 8:23, 8:25, 9:1, 9:5, 9:8, 9:10, 9:14, 9:18, 9:19, 9:21, 9:22, 9:23, 9:24, 10:11, 10:17, 10:21, 10:22, 10:23, 10:25, 11:10, 11:13, 11:14, 11:17, 11:18, 11:23, 12:2, 12:3, 12:4, 12:7, 12:19, 12:20, 12:23, 13:1, 13:6, 13:13, 13:14, 13:19,

13:20, 13:25, 14:3, 14:7, 14:8, 14:10, 14:11, 14:12, 14:18, 14:23, 15:3, 15:10, 15:11, 15:13, 15:15, 15:22, 16:3, 16:12, 16:13, 16:16, 16:20, 16:21, 17:1, 17:5, 17:15, 17:23, 18:3, 18:8, 18:10, 18:12, 18:18, 18:22, 19:3, 19:6, 19:7, 19:15, 20:5, 20:11, 20:18, 20:21, 20:25, 21:1, 21:5, 21:6, 21:10, 21:12, 21:19, 21:20, 22:3, 22:4, 22:5, 22:12, 22:13, 22:14, 22:15, 22:25, 23:16, 24:1, 24:2, 24:3, 24:6, 24:16, 25:7, 25:19, 26:17, 26:19, 27:2, 27:5, 27:13, 28:1, 28:6, 28:11, 28:20, 28:22, 28:23, 28:24, 29:1, 29:5, 29:8, 29:10, 29:11, 29:15, 29:24, 30:13, 30:17, 31:9
**That's -** 7:5, 9:12, 13:1, 13:6, 17:15, 17:24, 18:24, 21:4, 22:3, 22:7, 22:10, 22:16, 23:16, 24:3, 24:6, 24:20, 28:8, 29:16, 29:18, 30:23
**THE -** 1:35, 2:41, 4:2, 4:3, 4:18, 4:19, 5:1, 5:3, 5:6, 5:7, 5:10, 5:11, 5:12, 5:14, 5:18, 5:22, 6:3, 6:5, 6:9, 6:10, 6:11, 6:13, 6:16, 6:17, 6:19, 6:22, 6:23, 6:24, 7:2, 7:4, 7:6, 7:16, 7:19, 7:20, 8:8, 8:10, 8:11, 8:12, 8:13, 8:14, 8:15, 8:17, 8:18, 8:19, 8:20, 8:21, 8:23, 8:24, 8:25, 9:3, 9:5, 9:6, 9:7, 9:9, 9:10, 9:15, 9:16, 9:17, 9:23, 10:1, 10:3, 10:4, 10:6, 10:8, 10:10, 10:13, 10:23, 10:24, 10:25, 11:3, 11:6, 11:7, 11:10, 11:11, 11:15, 11:18, 11:19, 11:22, 11:23, 12:5, 12:6, 12:7, 12:9, 12:13, 12:14, 12:15, 12:16, 12:25, 13:1, 13:4, 13:11, 13:12, 13:13, 13:19, 13:20, 13:22, 14:1, 14:2, 14:3, 14:5, 14:10, 14:14, 14:16, 14:17, 14:18, 14:19, 14:20,

14:21, 14:22, 14:23, 14:24, 15:4, 15:6, 15:12, 15:17, 15:20, 15:21, 15:22, 16:1, 16:2, 16:6, 16:11, 16:12, 16:13, 16:14, 16:16, 16:17, 16:21, 16:22, 16:24, 17:2, 17:3, 17:5, 17:6, 17:8, 17:11, 17:12, 17:13, 17:17, 17:21, 17:22, 17:23, 17:24, 18:6, 18:8, 18:10, 18:11, 18:12, 18:15, 18:19, 18:21, 18:22, 19:6, 19:10, 19:11, 19:12, 19:18, 19:19, 19:21, 19:24, 20:11, 20:12, 20:13, 20:16, 20:19, 20:25, 21:4, 21:8, 21:11, 21:17, 21:18, 21:19, 21:21, 22:1, 22:6, 22:11, 22:13, 22:15, 22:24, 23:4, 23:8, 23:11, 23:15, 23:19, 23:22, 23:25, 24:1, 24:2, 24:10, 24:12, 24:13, 24:19, 24:24, 25:3, 25:7, 25:9, 25:17, 25:18, 25:22, 25:24, 25:25, 26:2, 26:3, 26:5, 26:6, 26:7, 26:8, 26:14, 26:15, 26:24, 27:1, 27:2, 27:5, 27:6, 27:7, 27:8, 27:10, 27:11, 27:13, 27:14, 27:15, 27:19, 27:21, 27:23, 27:24, 27:25, 28:2, 28:4, 28:5, 28:6, 28:10, 28:11, 28:12, 28:15, 28:16, 28:17, 28:18, 28:19, 28:20, 28:22, 28:23, 29:2, 29:4, 29:5, 29:9, 29:13, 29:14, 29:15, 29:18, 29:21, 29:24, 29:25, 30:2, 30:3, 30:4, 30:5, 30:6, 30:8, 30:10, 30:11, 30:12, 30:14, 30:16, 30:19, 30:21, 30:23, 30:24, 31:2, 31:5, 31:9, 31:10, 31:11
**Their -** 7:2, 7:3, 11:5, 14:13, 16:5, 19:8, 24:15
**Them -** 10:8, 14:19, 15:25, 18:21, 18:23, 19:3, 20:22, 21:11, 23:22, 23:23
**Then -** 6:9, 9:11, 11:8, 13:5, 14:21, 14:23, 19:8,

22:6, 22:13, 24:9, 24:11, 26:17, 26:19, 27:9, 27:14, 29:18
**There -** 5:13, 7:7, 7:8, 8:17, 9:17, 9:19, 9:20, 12:10, 14:4, 14:8, 14:11, 15:24, 17:18, 17:23, 21:10, 21:12, 21:21, 21:25, 22:7, 22:13, 23:2, 23:17, 24:7, 28:13
**Thereafter -** 17:12
**Therefore -** 27:13
**There'll -** 24:16
**There's -** 26:21, 26:25
**These -** 15:1, 19:1, 19:4, 20:14, 21:14, 22:2, 22:9, 24:2, 26:11, 26:16
**They -** 7:9, 9:21, 9:22, 11:5, 12:1, 15:14, 16:6, 21:5, 21:6, 21:19, 26:19, 29:10
**They're -** 12:6
**Thing -** 15:1, 24:19
**Things -** 13:12, 29:14
**Think -** 11:16, 12:20, 12:25, 13:25, 15:19, 17:20, 18:6, 18:18, 19:17, 20:17, 20:20, 20:25, 21:9, 21:12, 21:21, 22:18, 23:16, 29:16, 29:18, 29:19
**Thinking -** 9:14, 22:8, 24:6
**This -** 4:24, 7:3, 7:7, 7:8, 7:9, 9:8, 10:4, 10:11, 11:8, 11:21, 12:21, 13:7, 13:10, 13:19, 14:16, 14:25, 15:7, 15:10, 15:11, 15:18, 16:10, 18:8, 18:9, 19:6, 20:2, 20:19, 20:22, 20:25, 22:16, 22:19, 23:1, 24:2, 24:8, 24:21, 24:22, 27:7, 28:7, 28:8, 28:14, 30:22, 30:24
**Those -** 13:18, 19:11, 21:15, 25:1
**Though -** 20:7
**Thought -** 6:9, 19:12
**Three -** 23:16
**Through -** 7:15, 10:13, 13:21, 17:14, 24:10, 27:10
**Throw -** 18:2
**Time -** 1:13, 5:14, 5:25, 8:12, 9:8, 10:21, 10:24, 12:19, 13:19, 14:17,

15:17, 17:20, 24:8, 25:25, 27:24, 29:1, 29:8
**Times -** 24:17
**TO -** 1:17, 1:20, 1:21, 1:24, 1:34, 1:45, 2:8, 4:14, 4:15, 5:13, 5:23, 6:1, 6:6, 6:7, 6:8, 6:24, 7:1, 7:2, 7:4, 7:10, 7:13, 7:14, 7:15, 8:9, 8:10, 8:11, 8:15, 8:20, 8:22, 8:23, 8:24, 9:6, 9:19, 9:21, 9:23, 9:25, 10:8, 10:11, 10:16, 10:25, 11:4, 11:6, 11:9, 11:17, 11:22, 11:23, 12:1, 12:4, 12:5, 12:7, 12:11, 12:14, 12:21, 13:1, 13:5, 13:6, 13:7, 13:8, 13:12, 13:15, 13:18, 13:20, 14:1, 14:2, 14:4, 14:7, 14:8, 14:9, 14:11, 14:13, 15:3, 15:5, 15:8, 15:9, 15:11, 15:12, 15:15, 15:18, 15:21, 15:22, 16:12, 16:17, 16:18, 16:25, 17:1, 17:5, 17:12, 17:15, 17:18, 17:20, 18:2, 18:8, 18:13, 18:15, 18:22, 18:24, 19:6, 19:8, 20:4, 20:8, 20:10, 20:12, 20:15, 20:18, 20:19, 20:21, 20:22, 20:24, 21:1, 21:2, 21:3, 21:9, 21:11, 21:13, 21:16, 21:18, 22:5, 22:6, 22:13, 22:15, 22:18, 23:9, 23:23, 23:24, 23:25, 24:6, 24:8, 24:9, 24:12, 24:13, 24:14, 24:15, 24:17, 24:18, 24:19, 24:21, 25:5, 25:9, 25:10, 25:12, 25:14, 25:20, 26:1, 26:4, 26:10, 26:14, 26:17, 26:19, 26:22, 27:4, 27:12, 27:13, 27:14, 27:17, 27:18, 27:19, 27:21, 27:22, 28:2, 28:3, 28:4, 28:7, 28:8, 28:9, 28:10, 28:11, 28:15, 28:21, 28:25, 29:3, 29:8, 29:11, 29:14, 29:17, 29:22, 29:23, 29:24, 30:9, 30:12, 30:14, 30:20, 30:24
**Today -** 5:24, 6:7, 6:23, 8:21, 18:3, 25:22
**Tom -** 19:9, 21:14
**Too -** 10:9, 24:17, 29:16, 29:18, 29:19

**Took -** 12:8, 17:21, 18:1, 18:15, 18:24
**Topics -** 29:11
**Totally -** 7:5, 10:16
**Towards -** 14:15, 21:11
**Transcriber -** 3:5
**Transcript -** 3:10, 31:10
**Transcription -** 3:10
**TRIAL -** 1:30, 1:40, 2:4, 7:17, 20:6, 25:6, 25:19, 25:22
**Tried -** 12:5, 12:7, 13:15, 18:15, 26:14
**Trustee -** 2:12, 4:3, 6:14, 9:17, 11:7, 12:23, 14:16, 14:20, 14:21, 14:23, 14:24, 15:15, 16:1, 18:21, 19:13, 19:25, 21:6, 21:9, 22:6, 22:15, 26:25, 27:7, 27:15, 28:2, 28:5, 28:6, 28:15, 28:19, 28:20, 30:10
**Trustees -** 18:16, 18:17, 18:19, 18:20, 19:1, 19:13, 21:9, 21:12, 21:13
**Trustee's -** 27:10
**Try -** 13:12, 20:22, 24:21
**Trying -** 5:12, 10:11, 10:16, 21:11, 22:17, 25:14
**Tuttle -** 2:36, 4:21, 5:5
**Two -** 20:4, 22:13, 22:16, 23:15, 24:5, 25:14, 26:18, 26:22

| U |
|---|

**Under -** 28:12, 28:18
**Understand -** 7:8, 13:11, 15:1
**Understanding -** 18:11, 25:8
**Unduly -** 28:24
**Unhappy -** 21:1
**Uniondale -** 2:26, 2:31
**UNITED -** 1:1
**Unjust -** 8:5, 8:6, 8:16
**Unknown -** 9:1
**UNRELATED -** 1:34, 1:45, 2:8
**Unsuccessful -** 12:2, 12:3, 12:8
**Up -** 5:20, 5:24, 7:15, 10:18, 11:13, 17:2, 17:23, 17:25, 18:1, 18:22, 18:23, 19:11, 19:14, 21:15, 24:11, 26:11, 26:18, 26:20,

26:22, 29:24
**Upfront -** 30:15
**Upload -** 30:24
**Uploaded -** 30:13, 31:1
**Upon -** 17:1
**Us -** 20:4, 24:18, 27:4, 30:16
**Using -** 26:10

| V |
|---|

**Vacate -** 8:15
**Valued -** 27:24
**Vatrenko -** 4:15, 12:18
**VENDING -** 1:6, 1:15, 1:28, 1:31, 1:32, 1:41, 1:42, 2:2, 2:5, 2:6
**Venture -** 9:23, 18:8
**Versus -** 7:16, 8:14
**Very -** 13:18, 14:3, 19:5, 26:20, 28:13, 29:24, 30:7
**Vetted -** 21:19
**Via -** 27:15
**VII -** 12:23
**Violations -** 9:20
**VOICE -** 5:23, 6:4, 6:6, 11:4, 16:9, 16:12, 17:7, 18:6, 18:18, 23:9, 23:13, 26:13
**Voluntarily -** 16:7
**VS -** 1:31, 1:42

| W |
|---|

**Wait -** 13:4, 16:11, 24:25
**Wallet -** 29:16
**Want -** 5:23, 6:1, 6:7, 11:17, 15:22, 17:5, 17:15, 18:21, 21:3, 21:9, 24:10, 24:21, 26:17, 26:22, 29:22
**Wanted -** 6:6, 6:22, 6:23, 16:12, 16:18, 17:20
**Was -** 5:7, 5:13, 5:17, 6:16, 9:5, 9:8, 9:10, 10:21, 10:22, 10:25, 12:2, 12:3, 12:7, 12:17, 12:18, 13:16, 16:20, 17:12, 18:18, 21:11, 21:21, 25:5, 27:8, 27:11, 27:23
**Wasn't -** 5:20
**Way -** 12:21, 13:1, 14:3, 17:6, 27:13, 29:5
**Webex -** 24:20, 24:21, 26:10
**Week -** 24:19, 24:20,

25:25, 26:2, 26:3, 31:3
**Well** - 10:11, 17:14, 18:8, 19:24, 20:19, 20:23, 21:22, 23:2, 23:23, 24:22, 25:5, 25:13, 25:18, 28:8, 29:5, 29:16, 30:16
**We'll** - 6:22
**Went** - 10:13, 13:14
**Were** - 8:19, 10:13, 11:6, 11:14, 12:15, 12:17, 17:7, 17:10, 19:12, 20:9, 29:23
**We're** - 24:17, 24:21, 26:15
**We've** - 30:6, 30:8, 30:11, 30:12
**What** - 5:4, 5:7, 11:6, 11:8, 11:19, 12:12, 12:21, 14:6, 14:17, 15:13, 16:4, 16:22, 16:24, 17:2, 17:5, 17:18, 18:15, 21:2, 22:8, 24:6, 25:7, 26:16, 30:10
**Whatever** - 13:2, 14:22, 26:10
**What's** - 19:19
**When** - 10:13, 17:10, 26:17, 27:12
**Wher** - 24:18
**Where** - 17:16
**Wherewithal** - 23:24
**Whether** - 7:13, 10:14, 13:2, 15:19, 15:22, 22:14
**Which** - 8:11, 8:17, 11:11, 12:7, 26:3, 27:23, 29:4
**While** - 9:20, 15:10, 15:11, 21:22
**Who** - 5:13, 5:16, 5:17, 5:20, 6:10, 6:12, 12:15, 13:6, 13:7, 14:17, 15:16, 15:20, 16:7, 16:18, 18:9, 18:13, 18:16, 18:25, 19:5, 19:12, 20:13, 20:14, 21:19, 22:1, 22:6, 23:4, 23:8
**Whoever** - 5:3
**Whole** - 10:14, 16:17
**Whom** - 26:1
**Whose** - 6:10, 15:20
**Why** - 21:4, 21:24, 30:3
**WILL** - 1:22, 22:4, 22:5, 22:6, 22:14, 23:22, 24:4, 24:7, 31:2
**Wilson** - 2:40, 4:25, 5:21
**Winters** - 19:23, 19:24
**Wish** - 30:5

**With** - 7:4, 8:10, 9:6, 10:10, 10:19, 11:10, 11:23, 12:4, 12:5, 12:7, 12:13, 14:5, 15:11, 15:12, 15:19, 16:24, 16:25, 17:23, 17:25, 18:1, 18:22, 18:23, 19:12, 19:14, 19:17, 21:15, 24:7, 24:11, 26:18, 26:20, 26:22, 27:17, 28:1, 28:9, 28:13, 29:5
**Withdrew** - 17:11
**Without** - 10:9
**Wonderful** - 21:12, 21:13
**Won't** - 25:11
**Word** - 13:22, 14:23
**Work** - 19:14, 19:25, 21:6, 21:9, 29:5, 29:7, 30:17
**Worked** - 30:1, 30:3, 30:6
**Working** - 30:7
**World** - 15:6
**WOULD** - 1:33, 1:44, 2:8, 7:7, 7:8, 7:10, 7:13, 8:21, 9:17, 9:23, 10:15, 11:9, 11:10, 11:16, 11:17, 12:20, 13:7, 13:25, 14:6, 14:18, 14:22, 14:23, 15:12, 15:21, 15:22, 16:16, 18:7, 18:21, 19:6, 19:15, 20:10, 20:23, 21:12, 24:3, 25:9, 25:10, 25:19, 25:20, 26:9, 28:2, 28:23, 29:11, 30:14
**Wouldn't** - 12:19, 19:24
**Write** - 19:7, 21:24
**Written** - 9:19, 17:15
**Wrong** - 19:1

### Y

**Yeah** - 6:5, 6:22, 10:6, 10:10, 11:2, 13:2, 19:22, 23:19, 24:24, 27:2, 30:16
**Years** - 10:22
**Yes** - 6:21, 10:2, 13:10, 16:11, 21:2, 26:7
**Yet** - 9:7, 14:17
**Yick** - 2:36, 4:21, 5:5
**YORK** - 1:2, 1:4, 2:20, 2:38, 2:43, 3:4, 3:8, 8:14
**You** - 5:12, 5:16, 5:17, 5:19, 5:25, 6:2, 6:8, 6:19, 6:22, 6:23, 6:25, 7:14, 9:22, 10:16, 11:5, 11:6, 11:7, 11:11, 11:14, 11:16, 12:9, 12:11, 12:14, 12:15, 12:19, 12:21, 13:5, 13:6,

13:7, 13:10, 13:22, 13:24, 15:9, 15:10, 15:11, 15:13, 15:23, 17:4, 17:5, 17:15, 17:17, 17:18, 17:19, 18:2, 18:3, 18:19, 18:23, 19:2, 19:8, 19:14, 20:4, 20:9, 20:16, 20:22, 21:1, 21:2, 21:4, 21:14, 21:15, 21:16, 21:17, 21:23, 22:5, 22:12, 22:15, 23:8, 23:13, 23:19, 24:1, 24:5, 24:10, 24:21, 25:6, 25:22, 25:24, 25:25, 26:1, 26:2, 26:3, 26:9, 26:10, 26:12, 26:13, 26:15, 26:17, 26:18, 26:20, 26:22, 26:23, 27:11, 27:12, 27:14, 28:13, 28:17, 28:20, 29:5, 29:6, 29:18, 29:23, 29:24, 30:3, 30:4, 30:10, 30:14, 30:15, 30:18, 30:20, 30:24, 31:2, 31:3, 31:4
**You'll** - 25:6, 25:16
**Your** - 4:1, 4:6, 4:9, 4:13, 4:17, 4:20, 4:24, 5:4, 5:15, 6:15, 6:21, 7:1, 9:16, 10:7, 10:20, 11:21, 12:17, 13:5, 13:10, 13:25, 16:10, 16:19, 17:8, 18:13, 19:16, 20:2, 20:16, 21:3, 22:9, 22:10, 22:21, 23:17, 24:5, 24:22, 25:10, 25:11, 26:10, 26:13, 26:24, 26:25, 29:20, 29:23, 30:6, 30:20, 31:4
**You're** - 17:18, 24:9, 25:6, 25:7, 25:9, 25:10, 25:11
**You've** - 26:1

### Z

**ZAMPELLA** - 1:31, 1:39, 1:42, 1:43, 2:5, 2:6, 2:29, 4:14, 4:16, 7:19, 7:21, 7:25, 8:4, 8:14, 9:3, 9:9, 9:13, 11:20, 12:8, 12:10, 12:12, 12:16, 15:12, 20:11, 20:13, 22:25, 23:10, 23:12, 24:2, 24:4, 25:21, 27:25
**Zampella's** - 8:15, 12:5, 15:13
**Zoom** - 21:17, 26:9

### '

**'S** - 13:2
**'T** - 6:2

### $

**$350** - 1:32, 1:43, 2:7
**$5.7** - 27:24

### 0

**02** - 1:33, 1:43, 2:7
**02/27/2024** - 1:21

### 1

**10001** - 2:38
**10019-6022** - 2:43
**1010** - 2:30
**10165** - 2:20
**10176** - 3:4
**1093** - 4:5
**11:00** - 1:22
**11:45** - 26:7, 26:8
**11553** - 2:31
**11554** - 2:14
**11556** - 2:26
**11710** - 3:8
**1-23-01093** - 1:9, 1:27
**1-23-43027** - 1:8, 1:14
**1-24-01034** - 1:10, 1:38
**1-24-01037** - 1:11, 2:1
**13** - 31:14
**1301** - 2:41
**14** - 27:20
**1425** - 2:24
**14th** - 2:37
**16th** - 25:25, 26:5, 26:7, 26:8

### 2

**2:30** - 1:13
**2004** - 1:17, 1:21, 27:8, 27:18, 28:12, 28:14, 29:9, 30:3, 30:6
**2016** - 16:15
**2021** - 28:2
**2024** - 1:6, 1:22, 31:14
**21st** - 3:3
**23** - 4:4
**23-01093** - 4:11
**2376** - 3:7
**23rd** - 26:3
**24-01034** - 5:11
**24-1034** - 4:4

**24-1037 -** 4:4
**24th -** 9:8
**27 -** 16:15

| 3 |
|---|

**3/5/2024 -** 1:24
**333 -** 2:30
**341 -** 27:25
**352 -** 2:37

| 4 |
|---|

**4:00 -** 1:21
**40th -** 2:42
**42nd -** 2:19
**48th -** 2:19

| 5 |
|---|

**551 -** 3:3
**5th -** 3:3

| 6 |
|---|

**60 -** 2:19

| 7 |
|---|

**71 -** 1:17
**7th -** 2:37

| 8 |
|---|

**82 -** 1:17
**84 -** 1:17

| 9 |
|---|

**9.9% -** 7:22, 8:8
**90 -** 2:13
**91.5344951 -** 27:23
**9th -** 2:13